Frank L. Tobin (Bar No. 166344)
Mathieu G. Blackston (Bar No. 241540)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiff TARGETSAFETY.COM, INC., a
California corporation

FILED

08 JUN -4 PM 2:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ (?)        DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0994 JLS JMA

| | |
|---|---|
| TARGETSAFETY.COM, INC., a California corporation | Case No.: _____ |
| Plaintiff, | VERIFIED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, SPECIFIC PERFORMANCE AND INJUNCTIVE RELIEF |
| v. | |
| CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, INC., a Missouri non-profit corporation and DOES 1-10 | |
| Defendants.. | |

Plaintiff, TargetSafety.com, Inc. ("TargetSafety" or "Plaintiff") by and through its attorneys Procopio, Cory, Hargreaves & Savitch LLP for its complaint alleges as follows:

## I.

### INTRODUCTION

1.     Plaintiff brings this action for declaratory relief, breach of contract, specific performance and injunctive relief to preclude Defendant CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, INC. ("CECBEMS" or "Defendant") from revoking TargetSafety's CECBEMS accreditation. As more fully set forth below, a declaration of the rights and duties of the parties as well as an injunction precluding CECBEMS from revoking TargetSafety's accreditation are necessary to prevent CECBEMS

1

113291/000007/923985.01

1 | from engaging in acts of unfair competition and to prevent TargetSafety from suffering
2 | irreparable harm.

**II.**

**PARTIES, JURISDICTION AND VENUE**

6 | **2.** TargetSafety is a corporation organized under the laws of the State of California,
7 | with its principal place of business at 10815 Rancho Bernardo Road, Suite 250, San Diego,
8 | California 92127.

9 | **3.** Plaintiff is informed and believes and thereupon alleges that Defendant
10 | CECBEMS (pronounced *ses beams*) is a Missouri corporation doing business in Texas and
11 | elsewhere in the United States, and with offices located at 12200 Ford Road, Suite 478, Dallas,
12 | Texas 75244.

13 | **4.** The true names and capacities whether individual, corporate, associate or
14 | otherwise of Defendants Does 1 through 10 are unknown to Plaintiff, who therefore sues said
15 | Defendants by such fictitious names. Plaintiff is informed and believes and thereupon alleges
16 | that each of said Defendants in some manner is responsible for the events and happenings herein
17 | alleged, either contractually or tortuously, and the causes of damage to Plaintiff as herein alleged,
18 | and Plaintiff will amend this complaint to allege such true names and capacities when same are
19 | ascertained.

20 | **5.** This Court has jurisdiction over this action based on diversity of the parties
21 | pursuant to 28 U.S.C. § 1332. Plaintiff is a resident of San Diego. Defendant is a foreign
22 | corporation with a place of business in Texas and has the requisite minimum contacts with
23 | California. The amount in controversy exceeds $75,000 exclusive of interest and costs. Venue is
24 | proper pursuant to 28 U.S.C. § 1391(a) since a substantial part of the events giving rise to this
25 | complaint took place in this district.

26 | ///

27 | ///

2

113291/000007/923985.01

**III.**

## FACTS COMMON TO ALL CAUSES OF ACTION

**6.**    TargetSafety is a pioneer and leader in web-based solutions designed to simplify and standardize risk management for organizations.  As part of its business, TargetSafety offers online fire and Emergency Medical Service ("EMS") courses to its customers and in exchange receives a fee.  These courses allow EMS professionals nationwide to stay current with their continuing education hours and assist with the management and documentation of training.

**7.**    CECBEMS is an accrediting body for online EMS continuing education courses and online course providers.  Many state and local EMS certifying organizations across the nation accept CECBEMS accreditation when approving online EMS courses for state continuing education credit.

**8.**    TargetSafety delivers state approved online continuing education to clients in California.  In 2006, TargetSafety sought CECBEMS' accreditation of specific EMS courses.  Although an option, TargetSafety did not seek CECBEMS accreditation as an organization.

**9.**    To date, CECBEMS has accredited more than three quarters of TargetSafety's catalog of online Certified EMS Training courses.   In exchange, TargetSafety must pay CECBEMS 25 cents every time an EMS professional completes a TargetSafety course that has been accredited by CECBEMS.  The remainder of TargetSafety's online Certified EMS Training catalog of courses is currently under review by CECBEMS.   Since obtaining CECBEMS accreditation for certain courses, TargetSafety has offered CECBEMS-accredited courses to EMS professionals in the states where CECBEMS accreditation is required.

**10.**    In states like California, however, where all of TargetSafety's courses have already been accredited by the state or local Emergency Medical Service licensing agency, TargetSafety has continued to offer a full catalog of courses to its clients.  This has allowed TargetSafety to maintain market share in states where state or local licensing agencies accredit courses while at the same time develop new business in states that require CECBEMS accreditation.

3

113291/000007/923985.01

1    **11.**    On or about March 15, 2008, Elizabeth Sibley the Executive Director of

2    CECBEMS sent correspondence to Laura Boehm, TargetSafety's Director of Course Content,

3    taking issue with a course certificate issued to a student in California that did not carry the

4    CECBEMS' statements even though the course completion date fell within the approval period

5    for the course. The course in question had been approved by the State of California and the state

6    approval was clearly indicated on the certificate. On April 7, 2008, Ms. Boehm responded to Ms.

7    Sibley stating that TargetSafety had been delivering state-approved continuing education to

8    clients in California since well before it began the CECBEMS approval process for particular

9    TargetSafety courses. CECBEMS was made aware of this fact at the time TargetSafety initially

10    sought CECBEMS accreditation of specific courses as TargetSafety clearly referenced its Web

11    site, which contains TargetSafety's course descriptions.    Ms. Boehm explained that when

12    TargetSafety began the CECBEMS' approval process, TargetSafety updated its course materials

13    and testing methodology to meet CECBEMS approval requirements, creating new versions of

14    TargetSafety's courses.    However, in states where TargetSafety's online content was already

15    approved like in California, TargetSafety has continued to deliver the state approved versions of

16    the courses and did so for two reasons:  (a)  so TargetSafety would not have to reapply to states

17    where its content was already approved until that approval expired (since several states require an

18    additional approval process even for CECBEMS approved content) and (b) so TargetSafety could

19    continue to deliver a complete, approved catalog in those areas (since some TargetSafety courses

20    were still in the midst of the CECBEMS accreditation process). Ms. Boehm also stated to Ms.

21    Sibley that the certificate in question did not have the CECBEMS statement because the student

22    took the state-approved version of the course (which uses a different testing methodology and

23    different test questions than the CECBEMS approved version of the course). Ms. Boehm also

24    stressed to Ms. Sibley that TargetSafety never represented to the student that the courses were

25    CECBEMS approved.

26    **12.**    In response to Ms. Boehm's correspondence, on April 11, 2008, Ms. Sibley sent a

27    letter to Ms. Boehm, a copy of that letter is attached hereto as Exhibit 1. In her letter, Ms. Sibley

stated that TargetSafety's actions were taken without consulting CECBEMS and caused

4

113291/000007/923985.01

1    CECBEMS great concern.  Ms. Sibley, without citing any particular written requirement in

2    CECBEMS policies or procedures stated that it was a requirement of CECBEMS accreditation

3    that once accredited, only the accredited version of the topic is to be available to students and all

4    course completions for CECBEMS accredited courses are to be reported at least quarterly and all

5    certificates issued for these courses are to carry the required CECBEMS statements.  Without

6    citing any authority, Ms. Sibley's letter went on to state that this purported requirement applies,

7    regardless of arrangements made with state EMS agencies or with clients prior to the date of

8    CECBEMS accreditation.  CECBEMS demanded that TargetSafety within sixty days replace all

9    previous versions of course titles with CECBEMS accredited versions of the courses and report

10   all course completions that fall within the approval period for each of these titles.  Ms. Sibley's

11   letter expressly threatened that if TargetSafety was not in compliance within sixty days,

12   CECBEMS would notify the State EMS offices, The National Registry, and the staff and board

13   members of each of its sponsoring organizations that the courses offered by TargetSafety do not

14   comply with CECBEMS accreditation requirements and that accreditation was withdrawn

15   pursuant to the policy for the denial, suspension or revocation of CECBEMS accreditation.  The

16   issues raised by Ms. Sibley did not relate to the actual content of any of the courses.  In point of

17   fact, CECBEMS has already approved the content of and accredited many of TargetSafety's

18   courses.

19          **13.**    Ms. Sibley's letter caused TargetSafety great concern.  TargetSafety had not been

20   provided with any express authority, policy or procedure supporting the purported requirements

21   listed in Ms. Sibly's letter nor was TargetSafety afforded the appeal process purportedly provided

22   by CECBEMS.  To that end, on April 25, 2008, TargetSafety wrote to CECBEMS asking for

23   specific information including:   (1) the specific source and basis for the accreditation

24   requirements alleged in CECBEMS April 11, 2008 letter; (2) specification of which CECBEMS

25   accreditation requirements are allegedly not being complied with by TargetSafety and the basis

26   for those requirements; (3) whether there had been a vote by the CECBEMS Board of Directors

27   to withhold, suspend or revoke TargetSafety's accreditation based on evidence of "fraud,

     deception or impropriety"; and (4) if such a vote had been taken, written notice of any decision of

                                                     5
                              VERIFIED COMPLAINT FOR DECLARATORY RELIEF,
                      BREACH OF CONTRACT, SPECIFIC PERFORMANCE AND INJUNCTIVE RELIEF

1     the Board and written notice of the CECBEMS standards with which the evidence suggests that

2     TargetSafety was not compliant. A copy of this letter is attached hereto as <u>Exhibit 2</u>. Despite the

3     fact that TargetSafety's letter asked for a response by May 2, 2008 so that TargetSafety could

4     timely respond to Ms. Sibley's April 11, 2008 letter, CECBEMS did not respond to

5     TargetSafety's letter until May 14, 2008. A copy of that response is attached hereto as <u>Exhibit 4</u>.

6     Ms. Sibley's May 14, 2008 letter ignored TargetSafety's request for information and simply

7     dictated alleged steps that TargetSafety "must" take by June 11, 2008 or presumably CECBEMS

8     would revoke TargetSafety's CECBEMS accreditation. Although Ms. Sibley took issue with one

9     of the marketing materials submitted by TargetSafety, CECBEMS continued to fail to cite to any

10    particular requirement in writing that once accredited, only the accredited version of the topic

11    could be offered irrespective of whether other versions were state approved and that all course

12    completions for CECBEMS' accredited courses be reported at least quarterly and all certificates

13    issued for these courses carry the required CECBEMS statements.

14         **14.**    On May 19, 2008, TargetSafety's attorney wrote to CECBEMS again requesting

15    the information previously requested by TargetSafety and asking for more time beyond June 11,

16    2008 so that the parties could attempt to resolve this matter without the arbitrary pressure

17    imposed by CECBEMS. A copy of TargetSafety's counsel's letter is attached hereto as <u>Exhibit</u>

18    <u>5</u>. On May 27, 2008, a response to TargetSafety's counsel's letter was received from Attorney

19    Bradley M. Pinsky, purported national counsel to CECBEMS. A true and correct copy of Mr.

20    Pinsky's letter is attached hereto as <u>Exhibit 6</u>. In his letter, Mr. Pinsky made it clear that

21    CECBEMS neither wished to provide the information that was being requested by TargetSafety

22    so that TargetSafety could understand CECBEMS' position nor wished to cooperate with

23    TargetSafety in an effort to resolve this matter.

24         **15.**    CECBEMS' ability to accredit online continuing education courses is unique in

25    that no other private organization has the authority to determine the state accreditation standards

26    for the online continuing education of EMS professionals. In 16 states, the state Emergency

27    Medical Service licensing agency automatically accepts online course accreditation from

CECBEMS. In these states, CECBEMS accreditation is tantamount to state accreditation. In 12

VERIFIED COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, SPECIFIC PERFORMANCE AND INJUNCTIVE RELIEF

113291/000007/923985.01

1    additional states, online course accreditation authority is delegated to regional/local medical

2    directors who oftentimes simply rely on CECBEMS accreditation in their determination as to

3    whether TargetSafety can offer on-line continuing education courses to firefighters and EMTs in

4    their region.  Target Safety is informed and believes that at least one medical director has told

5    TargetSafety that he will not permit TargetSafety to offer courses unless the courses are

6    CECBEMS accredited.  TargetSafety believes additional medical directors will similarly require

7    CECBEMS accreditation.  By threatening to revoke its accreditation unless TargetSafety offers

8    CECBEMS accredited courses in states that do not require CECBEMS, CECBEMS is essentially

9    leveraging its unique authority to accredit on-line continuing education courses in some states in

10   an effort to generate fees in other states that do not require CECBEMS.  CECBEMS realizes that

11   if it revokes TargetSafety's accreditation, TargetSafety will suffer harm and therefore is using

12   this threat and its position of dominance in an effort to generate more fees in states where

13   CECBEMS-accredited courses are not offered nor required to be offered.  This practice is unfair

14   and contrary to the unfair competition laws.  This practice also violates the parties' contractual

15   relationship and deprives TargetSafety of the unique accreditation that only CECBEMS can

16   provide in 16 states.

17        **16.**    Furthermore, CECBEMS states to its customers that CECBEMS maintains the

18   right to withhold, suspend or revoke accreditation for any evidence of fraud, deception or

19   impropriety.  A majority of the vote of CECBEMS' Board of Directors is required before such an

20   action can be taken.  A copy of the CECBEMS policy in this regard is attached hereto as Exhibit

21   3 and incorporated by reference.   In the event there is a finding of fraud, deception or

22   impropriety, CECBEMS is to provide its customer with an appellate process.  The appellate

23   process requires that the CECBEMS chairperson shall notify the sponsoring organization in

24   writing, by certified mail, of the CECBEMS standards with which the evidence suggests that the

25   organization is not compliant.  In addition to threatening to revoke TargetSafety's accreditation

26   unless TargetSafety offers the CECBEMS courses in the non CECBEMS states and pays the

27   accompanying fee, CECBEMS has not provided TargetSafety with due process pursuant to its

own appellate process in that the CECBEMS chairperson has failed to notify TargetSafety in

VERIFIED COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, SPECIFIC PERFORMANCE AND INJUNCTIVE RELIEF

113291/000007/923985.01

1    writing, by certified mail, of the CECBEMS standards with which the evidence suggests that the

2    organization is not compliant.

3         **17.**    Despite the actions of CECBEMS, if TargetSafety does not acquiesce to

4    CECBEMS' demands and in essence pay additional fees in the states where it is not offering nor

5    required to offer CECBEMS courses, CECBEMS will revoke TargetSafety's accreditation, deny

6    TargetSafety the benefit of the policies CECBEMS agreed to provide, and TargetSafety will be

7    irreparably harmed.

8                                      **FIRST CAUSE OF ACTION**

9                           (Declaratory Relief Against All Defendants)

10        **18.**    Plaintiff reiterates each and every allegation in paragraphs 1 through 18 above as

11    though fully set forth and pleaded herein.

12        **19.**    In 2006, TargetSafety began submitting online EMS continuing education courses

13    for accreditation from CECBEMS.

14        **20.**    An actual controversy has risen and now exists between TargetSafety and

15    CECBEMS concerning their respective rights and duties in that TargetSafety contends that it can

16    offer non CECBEMS accredited courses in states that accept such courses and do not require

17    CECBEMS accreditation whereas CECBEMS disputes this contention, contends that only the

18    CECBEMS accredited version of a topic can be available to students regardless of a state's

19    requirements and has now stated to TargetSafety that, although unnecessary, if TargetSafety does

20    not offer CECBEMS accredited versions of the topics nationwide and, in turn, pay CECBEMS

21    the related fees, CECBEMS will revoke TargetSafety's CECBEMS accreditation.  TargetSafety

22    maintains that such actions by CECBEMS would be contrary to law and in violation of the

23    agreement of the parties.  Furthermore, CECBEMS is not following its appellate process and

24    CECBEMS is demonstrating that its grounds for revoking accreditation, "fraud, deception and

25    impropriety", are vague and can be abused by CECBEMS to leverage fees that customers such as

26    TargetSafety should not otherwise be required to pay.

27        **21.**    TargetSafety desires a judicial determination of the parties' rights and duties, a

declaration as to whether CECBEMS can revoke TargetSafety's accreditation on the basis that

VERIFIED COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, SPECIFIC PERFORMANCE AND INJUNCTIVE RELIEF

113291/000007/923985.01

1    TargetSafety is not offering CECBEMS accredited courses in every state irrespective of whether

2    such states require CECBEMS accreditation, a declaration that CECBEMS follow it own

3    appellate policies and a declaration as to what constitutes fraud, deception or impropriety for

4    purposes of revoking accreditation.

5                            **SECOND CAUSE OF ACTION**

6                        (Breach of Contact Against All Defendants)

7        **22.**    Plaintiff realleges and incorporates by reference all allegations in paragraphs 1

8    through 21 of its complaint above as if each such allegation was set forth again.

9        **23.**    As more fully set forth above, since 2006, TargetSafety has submitted specific

10   online EMS courses to CECBEMS for accreditation.  In exchange for an application fee and

11   ongoing fees paid for each student who takes any CECBEMS accredited course offered by Target

12   Safety, CECBEMS approved the content of specific TargetSafety courses and provided

13   accreditation which is renewable every three years.  As part of this contractual relationship,

14   CECBEMS agreed that it would not withhold, suspend or revoke TargetSafety's accreditation

15   unless CECBEMS had evidence of fraud, deception or impropriety committed by TargetSafety.

16   In addition, CECBEMS agreed that TargetSafety's accreditation could not be revoked unless

17   CECBEMS provided TargetSafety with its appeals process.

18       **24.** TargetSafety has performed its duties and obligations under the agreement with

19   CECBEMS.  CECBEMS is in breach of the agreement between TargetSafety and CECBEMS in

20   that it is now in the process of revoking TargetSafety's accreditation despite the absence of any

21   fraud, deception or impropriety and despite the fact that CECBEMS is not following its own

22   appeals process.  In point of fact, CECBEMS has approved and accredited the content of many of

23   TargetSafety's courses.  Furthermore, TargetSafety is informed and believes that CECBEMS is

24   in breach of its agreement with TargetSafety in that it has failed to provide a letter to at least one

25   state attesting to TargetSafety courses being accredited by CECBEMS.

26       **25.** As the result of CECBEMS breaches of the agreement between TargetSafety and

27   CECBEMS, TargetSafety is incurring damages in an amount according to proof at trial.

9

VERIFIED COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, SPECIFIC PERFORMANCE AND INJUNCTIVE RELIEF

113291/000007/923985.01

### THIRD CAUSE OF ACTION

(Specific Performance Against All Defendants)

**26.**   Plaintiff reiterates each and every allegation in paragraphs 1 through 25 above as though fully set forth and pleaded herein.

**27.**   As more fully set forth above, CECBEMS agreed to provide TargetSafety with a unique item, accreditation, and now is in breach of the parties' agreement and is threatening to revoke such accreditation.

**28.**   TargetSafety has performed its duties and obligations under the agreement between TargetSafety and CECBEMS.   CECBEMS is in breach of the agreement between TargetSafety and CECBEMS in that it is now in the process of revoking TargetSafety's accreditation despite the absence of any fraud, deception, or impropriety and despite the fact that CECBEMS is not following its own appeals process.

**29.**   TargetSafety hereby seeks an order from the Court compelling CECBEMS to specifically perform the parties agreement and to continue to provide TargetSafety with CECBEMS accreditation with respect to those courses that have already been accredited by CECBEMS and to provide TargetSafety with CECBEMS accreditation with respect to those courses that are under application with CECBEMS or courses which TargetSafety will submit to CECBEMS for accreditation so long as the content to those courses meets with CECBEMS accreditation process.

### FOURTH CAUSE OF ACTION

(For Injunctive Relief Against All Defendants)

**30.**   Plaintiff realleges and incorporates by reference all allegations in paragraphs 1 through 29 of its complaint above as if each such allegation was set forth again.

**31.**   As alleged herein above, and incorporated herein, CECBEMS has threatened to revoke TargetSafety's accreditation without providing TargetSafety with a particular source and basis for the alleged accreditation requirements now asserted by CECBEMS and has not afforded TargetSafety with due process in accordance with CECBEMS own stated appeals process.

**32.**   Plaintiff has no plain, speedy, or adequate remedy at law to prevent CECBEMS

10

1    from revoking TargetSafety's accreditation and, in the absence of injunctive relief, will sustain

2    irreparable injury as a consequence of CECBEMS revoking TargetSafety's accreditation.

3         **33.**    Accordingly, Plaintiff is entitled to temporary, preliminary and permanent

4    injunctive relief prohibiting CECBEMS, and any persons, parties or entities acting in concert

5    with them, from violating TargetSafety's accreditation rights.  Additionally, Plaintiff is entitled to

6    temporary, preliminary and permanent injunctive relief under California's Unfair Competition

7    laws (California Business and Professions Code section 17200 et seq.).

8         **34.**    As alleged herein above and incorporated by reference, TargetSafety also has no

9    plain, speedy or adequate remedy at law to secure CECBEMS' compliance with its own appeals

10   process and, in the absence of injunctive relief, will sustain irreparable injury by virtue of

11   CECBEMS' failure to follow its own processes.

12        **35.**    Accordingly, Plaintiff is entitled to injunctive relief prohibiting CECBEMS from

13   revoking TargetSafety's accreditation and compelling CECBEMS to follow its appeals process in

14   a manner consistent with the law.

15        WHEREFORE, Plaintiff prays for judgment against Defendants and each of them, as

16   follows:

17        1.    For a declaration of the parties' rights and duties including that CECBEMS cannot

18   revoke TargetSafety's CECBEMS accreditation on the grounds that TargetSafety is not offering

19   CECBEMS accredited courses in states that do not require CECBEMS accreditation and

20   additionally the rights and duties of CECBEMS and TargetSafety going forward;

21        2.    For compensatory damages according to proof;

22        3.    For a temporary restraining order, preliminary injunction and permanent

23   injunction (a) restraining CECBEMS and any persons, or entities working in concert with them,

24   from revoking Plaintiff's CECBEMS accreditation, and (b) requiring CECBEMS to follow its

25   own appellate process in a manner consistent with the law;

26        4.    For attorney's fees according to proof; and

27        5.    For such other and further relief as the Court may deem just and proper.

VERIFIED COMPLAINT FOR DECLARATORY RELIEF,
BREACH OF CONTRACT, SPECIFIC PERFORMANCE AND INJUNCTIVE RELIEF

113291/000007/923985.01

1

2    Dated: June ___4th___, 2008

3

4

5    By: _____

6        Frank L. Tobin
         Mathieu G. Blackston

7        Attorneys for Plaintiff
         TARGETSAFETY.COM, INC., a California

8        corporation

Respectfully submitted,

PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

---

12

113291/000007/923985.01

## VERIFICATION

1

2    I, Bruce Kaechele, declare as follows:

3    I am the *PRESIDENT* of TARGETSAFETY.COM, INC., a California

4    corporation, and I am authorized to make this verification on its behalf. I have read the foregoing

5    Complaint, and the allegations contained herein are true of my own knowledge, except as to

6    those matters alleged on information and belief, and as to those allegations, I believe them to be

7    true. If called as a witness in these proceedings, I could and would testify competently thereto.

8    I declare under penalty of perjury under the laws of the State of California that the

9    foregoing is true and correct, and that this Verification was executed at *ANAHEIM* California on

10   this *3* day of June, 2008.

11

12

13   Bruce Kaechele

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VERIFIED COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT, SPECIFIC
PERFORMANCE AND INJUNCTIVE RELIEF

113291/000007/923985.01



*TargetSaftey.Com, Inc.*
*vs.*
*Continuing Education Coordinating Board for Emergency Medical Services*

**TABLE OF CONTENTS TO TARGETSAFETY. COM'S VERIFIED**
**COMPLAINT FOR DECLARATORY RELIEF, BREACH OF**
**CONTRACT, SPECIFIC PERFORMANCE AND INJUNCTIVE RELIEF**

| <u>EXHIBIT</u> | <u>DESCRIPTION</u> | <u>PAGE</u><br><u>NO's.</u> |
|:---:|:---|:---:|
| 1 | April 11, 2008 letter from Elizabeth Sibley to Laura Boehm | 1-4 |
| 2 | April 25, 2008 letter from Bruce Kaechele to Elizabeth Sibley | 5-6 |
| 3 | CECBEMS' *Policy for the Denial, Suspension, or Revocation of CECBEMS Accreditation* | 7 |
| 4 | May 14, 2008 letter from Elizabeth Sibley to Bruce Kaechele | 8-10 |
| 5 | May 19, 2008 letter from Frank Tobin to Elizabeth Sibley | 11-14 |
| 6 | May 27, 2008 letter from Bradley Pinsky to Frank Tobin | 15-16 |

113291/000007/926742.01

**EXHIBIT 1**



**CECBEMS**

12200 Ford Road
Suite 478
Dallas, Texas 75234
Phone 972.247.4442
Fax 214.432.0545
cecbems@cecbems.org

American College of
Emergency Physicians

American College of
Osteopathic Emergency
Physicians

National Association of
Emergency Medical
Technicians

National Association of
EMS Educators

National Association of
EMS Physicians

National Association of
State EMS Officials

National Registry of
Emergency Medical
Technicians

April 11, 2008

Laura Boehm
10815 Rancho Bernardo Road, Suite 250
San Diego, CA 92127

Dear Laura:

Thank you for your email explaining the situation with the certificate issued to a student in San Bernadino, CA. The actions taken by Target Safety described in this message were taken without consulting with CECBEMS and cause us great concern.

It is a requirement of CECBEMS accreditation that once accredited, only the accredited version of the topic will be available to students and all course completions for CECBEMS accredited courses be reported at least quarterly and all certificates issued for these course carry the required CECBEMS statements. This requirement applies, regardless of arrangements made with state EMS agencies or with clients prior to the date of CECBEMS accreditation.

Therefore, to maintain its accreditation, Target Safety must take the following steps to come into compliance within 60 days. Although the situation we identified involved a California student, these steps apply to any situation in any state in which the CECBEMS accredited version of the course is not being offered and course completions are not being reported.
1.    Replace all previous versions of course titles with the CECBEMS accredited version of the course.
2.    Report all course completions that fall within the approval period for each of these titles.

If Target Safety is not in compliance within 60 days, CECBEMS will notify state EMS offices, the National Registry, and the staff and board members of each of its sponsoring organizations that the courses offered by Target Safety do not comply with CECBEMS accreditation requirements and that accreditation was withdrawn pursuant to the *Policy for the Denial, Suspension, or Revocation of CECBEMS Accreditation*.

Feel free to contact us if you have questions. CECBEMS is eager to be of service, but only if it has confidence that Target Safety takes compliance with CECBEMS requirements seriously.

We look forward to hearing from you, to resolving this matter, and to continuing our professional relationship.

Sincerely,

*Elizabeth Sibley*

Elizabeth Sibley
Executive Director

Copy: Bruce Kaechele

Continuing Education Coordinating Board for Emergency Medical Services

EX1_001



**CECBEMS Accredited Target Safety Courses**

| Provider No | Course No | Title | Online | Status | App. Date | Expires |
|---|---|---|---|---|---|---|
| PTGSF5900 | 07-CECB-F3-0600 | Airway Management Basic | 1 | Approved | 3/6/2007 | 2/28/2010 |
| PTGSF5900 | 07-CECB-F3-0601 | Airway Management Advanced | 1 | Approved | 5/7/2007 | 5/28/2010 |
| PTGSF5900 | 07-CECB-F3-0602 | Patient Assessment Basic | 1 | Approved | 3/8/2007 | 3/28/2010 |
| PTGSF5900 | 07-CECB-F3-0603 | Patient Assessment Advanced | 1 | Approved | 3/8/2007 | 3/28/2010 |
| PTGSF5900 | 07-CECB-F3-0604 | Obstetrical Emergencies Basic | 1 | Approved | 3/6/2007 | 2/28/2010 |
| PTGSF5900 | 07-CECB-F3-0605 | EMS Driving Safety | 1 | Approved | 3/6/2007 | 2/28/2010 |
| PTGSF5900 | 07-CECB-F3-0622 | Environmental Emergencies Basic | 1 | Approved | 4/19/2007 | 4/14/2010 |
| PTGSF5900 | 07-CECB-F3-0623 | Environmental Emergencies Advanced | 1 | Approved | 4/2/2007 | 4/14/2010 |
| PTGSF5900 | 07-CECB-F3-0624 | Altered Mental Status | 1 | Approved | 4/2/2007 | 4/14/2010 |
| PTGSF5900 | 07-CECB-F3-0625 | Geriatric Emergencies Advanced | 1 | Approved | 3/28/2007 | 4/14/2010 |
| PTGSF5900 | 07-CECB-F3-0626 | Medical, Ethical and Legal Issues in Emergency Medical Care | 1 | Approved | 4/3/2007 | 4/14/2010 |
| PTGSF5900 | 07-CECB-F3-0638 | Infectious Disease Control | 1 | Approved | 5/8/2007 | 6/3/2010 |
| PTGSF5900 | 07-CECB-F3-0639 | Workplace Stress | 1 | Approved | 5/22/2007 | 6/3/2010 |
| PTGSF5900 | 07-CECB-F3-0640 | Back Injury Prevention | 1 | Approved | 5/8/2007 | 6/3/2010 |
| PTGSF5900 | 07-CECB-F3-0641 | Protecting Yourself from Influenza | 1 | Approved | 5/8/2007 | 6/3/2010 |
| PTGSF5900 | 07-CECB-F3-0642 | HIPAA Awareness | 1 | Approved | 5/8/2007 | 6/3/2010 |
| PTGSF5900 | 07-CECB-F3-0643 | HIV/AIDS Awareness | 1 | Approved | 11/20/2007 | 6/3/2010 |
| PTGSF5900 | 07-CECB-F3-0644 | Communication and Documentation | 1 | Approved | 5/14/2007 | 5/3/2010 |
| PTGSF5900 | 07-CECB-F3-0650 | Respiratory Emergencies Basic | 1 | Approved | 5/24/2007 | 6/24/2010 |
| PTGSF5900 | 07-CECB-F3-0651 | Respiratory Emergencies Advanced | 1 | Approved | 6/7/2007 | 6/24/2010 |
| PTGSF5900 | 07-CECB-F3-0652 | Head and Face Injuries Advanced | 1 | Approved | 7/9/2007 | 7/24/2010 |
| PTGSF5900 | 07-CECB-F3-0653 | Neonatology Advanced | 1 | Approved | 5/6/2007 | 6/24/2010 |
| PTGSF5900 | 07-CECB-F3-0654 | Patients with Special Challenges | 1 | Approved | 6/12/2007 | 6/24/2010 |



| PTGSF5900 | 07-CECB-F3-0655 | Introduction to Hazmat | 1 | Approved | 6/12/2007 | 6/24/2010 |
|---|---|---|---|---|---|---|
| PTGSF5900 | 07-CECB-F3-0656 | Managing Multiple Casualty Incidents | 1 | Approved | 6/19/2007 | 6/24/2010 |
| PTGSF5900 | 07-CECB-F3-0657 | Pharmacology Basic | 1 | Approved | 6/9/2007 | 6/24/2010 |
| PTGSF5900 | 07-CECB-F3-0658 | CNS Injuries Basic | 1 | Approved | 7/9/2007 | 7/30/2010 |
| PTGSF5900 | 07-CECB-F3-0659 | CNS Injuries Advanced | 1 | Approved | 7/2/2007 | 6/24/2010 |
| PTGSF5900 | 07-CECB-F3-0661 | Thoracic Emergencies Advanced | 1 | Approved | 6/24/2007 | 6/24/2010 |
| PTGSF5900 | 07-CECB-F3-0662 | Pediatrics Advanced | 1 | Approved | 7/10/2007 | 6/24/2010 |
| PTGSF5900 | 07-CECB-F3-0663 | Hazard Communication | 1 | Approved | 6/30/2007 | 6/24/2010 |
| PTGSF5900 | 07-CECB-F3-0664 | Confined Space Entry | 1 | Approved | 7/1/2007 | 6/24/2010 |
| PTGSF5900 | 07-CECB-F3-0665 | Emergency Response to Terrorism | 1 | Approved | 3/25/2008 | 6/24/2010 |

CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES

### POLICY FOR THE DENIAL, SUSPENSION, OR
### REVOCATION OF CECBEMS ACCREDITATION

CECBEMS maintains the right to withhold, suspend, or revoke accreditation for any evidence of fraud, deception or impropriety. A majority vote of the CECBEMS Board of Directors is required before such action can be taken.

All applicants for accreditation shall be given a copy of this policy, a copy of the actions that could result in denial suspension or revocation of accreditation, and a copy of the process for appeal.

### DENIAL, SUSPENSION, REVOCATION CRITERIA

Actions that could result in the denial, suspension or revocation of CECBEMS accreditation shall include but not be limited to, the following:

> Fraud in the procurement of any CECBEMS accreditation as a continuing education provider.
> Fraud in the procurement of any CECBEMS accreditation of a continuing education course.

### APPEAL PROCESS

Following is the process for appealing a decision by the CECBEMS Board of Directors to suspend or revoke an accreditation.

1) The CECBEMS Chairperson shall notify the contact person of the sponsoring organization in writing, by certified mail, of the CECBEMS standards with which evidence suggests that the organization is not in compliance.

2) Within 15 days of receipt of notification of noncompliance, the contact person for the sponsoring organization shall submit in writing, by certified mail, to the CECBEMS Chairperson one of the following:

    a. Evidence of compliance with the CECBEMS standards(s) in question, or
    b. A plan for meeting compliance with the CECBEMS standard(s) in question within 60 days from the day of receipt of notification of noncompliance.

3) Within 15 days of receipt of the response from the contact person of the sponsoring organization, or within 30 days from the mailing date of the noncompliance notice if no response is received from the contact person of the sponsoring organization, the CECBEMS Chairperson shall notify the contact person of the sponsoring organization in writing, by certified mail, of one of the following:

    a. Decision to accept the evidence of compliance.
    b. Decision to accept the plan for meeting compliance.
    c. Decision to suspend the accreditation, including the beginning and ending dates of the suspension and conditions for lifting of the suspension.
    d. Decision to revoke the accreditation, including the effective date of the revocation, which may not be less than 60 days from the date of the letter of decision from the CECBEMS Chairperson.

**TargetSafety**

April 25, 2008

<u>VIA OVERNIGHT DELIVERY</u>

Elizabeth Sibley
Executive Director
Continuing Education Coordinating
Board for Emergency Medical Services
1200 Four Roads, Ste. 478
Dallas, Texas  75234

Re:      CECBEMS Letter of April 11, 2008 to Laura Boehm

Dear Ms. Sibley:

Thank you for your April 11, 2008 letter to Laura Boehm.  TargetSafety believes it is working well with the Continuing Education Coordinating Board for Emergency Medical Services ("CECBEMS").  Nonetheless, TargetSafety was surprised at the formality and tone of your April 11, 2008 letter considering the prior informal e-mail exchange between Ms. Boehm and yourself.

TargetSafety desires to continue its good working relationship with CECBEMS and address the issues raised in your letter.  However, before responding to your letter which TargetSafety plans to do soon, TargetSafety would appreciate it if you could answer the following questions in order to assist it in understanding CECBEMS' position.

Your letter states:

It is a requirement of CECBEMS accreditation that once accredited, <u>only</u> the accredited version of the topic will be available to students and all course completions for CECBEMS accredited courses be reported at least quarterly and all certificates issued for these course carry the required CECBEMS statements.  This requirement applies, regardless of arrangements made with state EMS agencies or with clients prior to the date of CECBEMS accreditation.

These requirements set forth in your letter are not consistent with TargetSafety's understanding of CECBEMS' accreditation requirements.  After receiving your letter, TargetSafety has not located anything in writing referring to such requirements.  Accordingly, please refer us to the specific source and basis for these requirements so that TargetSafety can fully understand CECBEMS' position in this regard.

In addition, your letter provides TargetSafety with 60 days from your April 11, 2008 letter to comply, or "CECBEMS will notify state EMS offices, The National Registry and the staff and board members of each of its sponsoring organizations that the courses offered by TargetSafety do not comply with CECBEMS accreditation requirements and that accreditation was withdrawn pursuant to *The Policy for the Denial, Suspension, or Revocation of CECBEMS Accreditation*."

Again, TargetSafety requests that you specify which CECBEMS specific accreditation requirements are not being complied with and the basis for those requirements.



**TargetSafety ~ 10815 Rancho Bernardo Road ~ Suite 250 ~ San Diego, CA 92127 ~ (858) 618-2468**

Letter to Elizabeth Sibley – April 25, 2008

---

Furthermore, TargetSafety does not understand how its accreditation could be formally withdrawn within sixty-days of your April 11, 2008 letter "pursuant to *The Policy for the Denial, Suspension, or Revocation of CECBEMS accreditation.*" In order for that policy to apply and result in a withholding, suspension or revocation of accreditation, that policy states there must be evidence of "fraud, deception or impropriety." Is CECBEMS alleging there is such evidence with regard to TargetSafety? This is certainly not TargetSafety's understanding and TargetSafety trusts that CECBEMS is not making such allegations. However, if TargetSafety is incorrect and CECBEMS is in fact alleging as such, please refer us to the specifics of the allegation and the evidence. Also, such a withholding, suspension or revocation finding can only occur upon the majority vote of the CECBEMS Board of Directors. Has there been such a vote? TargetSafety is certainly not aware of any such vote.

If there was such a finding and a vote, then under the CECBEMS appeal process, TargetSafety is entitled to written notice of the decision and written notice of the CECBEMS standards with which the evidence suggests that the organization is not compliant. This written notice is to be transmitted by certified mail. This has not occurred, and the basis of any alleged noncompliance in your April 11, 2008 letter is not clear to TargetSafety. If there were such a finding after a majority vote of the CECBEMS Board of Directors, TargetSafety would be entitled to an appellate process as set forth in *The Policy for Denial, Suspension, or Revocation of CECBEMS Accreditation* before any final decision is made.

As such, any notification to state EMS offices, the National Registry, and the staff and board members of each of its sponsoring organizations that the courses offered by TargetSafety do not comply with CECBEMS accreditation requirements and that accreditation was withdrawn pursuant to *The Policy for the Denial, Suspension, or Revocation of CECBEMS Accreditation* would be incorrect and contrary to CECBEMS' own policy and appeal process. Such notification would cause irreparable harm to TargetSafety's business, and TargetSafety would have no choice but to hold CECBEMS accountable for all such harm to the fullest extent provided by law. As such, TargetSafety trusts that CECBEMS will work with it to resolve any issues and follow its own policies before taking such action, which TargetSafety maintains would be inappropriate.

We look forward to working through these issues with CECBEMS and maintaining a good working relationship. Please provide the information requested by this letter by close of business on May 2, 2008, so that TargetSafety has adequate time to evaluate the information that CECBEMS provides, and thereafter, to respond to your April 11, 2008 letter to Ms. Boehm within the sixty-day deadline that you have imposed.

Thank you in advance for your attention to this matter.

Sincerely,


Bruce Kaechele
President and CEO
TargetSafety


cc: Laura Boehm, TargetSafety

- 2 -

EX2_006

**EXHIBIT 3**

CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES

### POLICY FOR THE DENIAL, SUSPENSION, OR
### REVOCATION OF CECBEMS ACCREDITATION

CECBEMS maintains the right to withhold, suspend, or revoke accreditation for any evidence of fraud, deception or impropriety. A majority vote of the CECBEMS Board of Directors is required before such action can be taken.

All applicants for accreditation shall be given a copy of this policy, a copy of the actions that could result in denial suspension or revocation of accreditation, and a copy of the process for appeal.

### DENIAL, SUSPENSION, REVOCATION CRITERIA

Actions that could result in the denial, suspension or revocation of CECBEMS accreditation shall include but not be limited to, the following:

> Fraud in the procurement of any CECBEMS accreditation as a continuing education provider.
> Fraud in the procurement of any CECBEMS accreditation of a continuing education course.

### APPEAL PROCESS

Following is the process for appealing a decision by the CECBEMS Board of Directors to suspend or revoke an accreditation.

1) The CECBEMS Chairperson shall notify the contact person of the sponsoring organization in writing, by certified mail, of the CECBEMS standards with which evidence suggests that the organization is not in compliance.

2) Within 15 days of receipt of notification of noncompliance, the contact person for the sponsoring organization shall submit in writing, by certified mail, to the CECBEMS Chairperson one of the following:

   a. Evidence of compliance with the CECBEMS standards(s) in question, or
   b. A plan for meeting compliance with the CECBEMS standard(s) in question within 60 days from the day of receipt of notification of noncompliance.

3) Within 15 days of receipt of the response from the contact person of the sponsoring organization, or within 30 days from the mailing date of the noncompliance notice if no response is received from the contact person of the sponsoring organization, the CECBEMS Chairperson shall notify the contact person of the sponsoring organization in writing, by certified mail, of one of the following:

   a. Decision to accept the evidence of compliance.
   b. Decision to accept the plan for meeting compliance.
   c. Decision to suspend the accreditation, including the beginning and ending dates of the suspension and conditions for lifting of the suspension.
   d. Decision to revoke the accreditation, including the effective date of the revocation, which may not be less than 60 days from the date of the letter of decision from the CECBEMS Chairperson.



12200 Ford Road
Suite 478
Dallas, Texas 75234
Phone 972.247.4442
Fax 214.432.0545
cecbems@cecbems.org

American College of
Emergency Physicians

May 14, 2007

Bruce Kaechele
President and CEO
TargetSafety
10815 Ranch Bernardo Road, Suite 250
San Diego, CA 92127

American College of
Osteopathic Emergency
Physicians

Dear Mr. Kaechele:

Thank you for your letter of April 25 expressing TargetSafety's desire to maintain a good working relationship between our organizations. As a point of clarification, my letter of April 7 and this letter were written following a motion to do so passed by the CECBEMS' Board of Directors.

National Association of
Emergency Medical
Technicians

CECBEMS' concern arose from communication with a local EMS agency (LEMSA) staff member in the state of California. The LEMSA staff member questioned the validity of a certificate that appeared to be issued by TargetSafety but that did not bear CECBEMS' accreditation statement. The LEMSA staff member had checked CECBEMS' website and noted that TargetSafety is listed as an accredited provider. This inconsistency caused the LEMSA staff member to question the validity of the certificate.

National Association of
EMS Educators

Following the communication with the LEMSA staff member, I immediately checked with Laura Boehm, the contact listed on the TargetSafety application. I received an email from Ms. Boehm that said that the certificate did not include CECBEMS' statement because the student "took the state-approved version of the course (which uses a different testing methodology and different test questions than the CECBEMS' approved version of the course)."

National Association of
EMS Physicians

The attached marketing material submitted to CECBEMS with the TargetSafety application for accreditation in January 2007 and attested to by your signature and that of Ms. Boehm says, "The following course catalog [is] currently in development. Courses will be rolled out over the next year as they are completed and approved by CECBEMS. New Courses will automatically be added [to] your library upon CECBEMS' approval." This material gave our reviewers every reason to believe that only CECBEMS' accredited courses would be offered by TargetSafety, which is consistent with our requirements. When the first of the TargetSafety courses was approved in March 2007, TargetSafety was listed on CECBEMS' Web site as an accredited provider.

National Association of
State EMS Officials

National Registry of
Emergency Medical
Technicians

Ms. Boehm's message further stated that TargetSafety took this action "…so we wouldn't have to re-apply to states where our content was already approved until that approval expires (since several states require an additional approval process even for CECBEMS' approved content)." However, the state of California accepts CECBEMS' accredited courses with no further approval required, hence the question from the California LEMSA staff member about the validity of the TargetSafety certificate. CECBEMS has assured the State of California that it is working with TargetSafety to resolve the problem. CECBEMS certainly does not want a student to have credit denied for a course that the student and his/her employer both had good reason to believe CECBEMS has accredited.

Our concern is that the situation that has occurred in California has potential to be repeated in other states. This means that either the EMS provider will have to prove to the respective state EMS office that the certificate(s) he/she is presenting is valid or that the state will ask CECBEMS to validate the certificate(s) from its database. Either way, CECBEMS' response would be that the course

Continuing Education Coordinating Board for Emergency Medical Services

EX4_008

Bruce Kaechele
May 14, 2008
Page 2

completion(s) for that student has not been reported to its database and that the student's CE is not valid. Surely, you will agree that this is not good for the student or for either of our organizations. CECBEMS' sponsoring organizations, which include the National Association of State EMS Officials and the National Registry of EMTs (NREMT), chartered CECBEMS to maintain an orderly accreditation process on which students, employers, and our sponsoring organizations can rely. If we cannot resolve the existing confusion by June 11, 2008, we will have no choice but to alert state offices and NREMT of the situation discussed in this letter and tell them what we are doing to minimize problems.

TargetSafety must take the following steps by June 11 in order to resolve this issue.

1.  Replace all previous versions of course titles with the CECBEMS' accredited version of that title by a mutually agreeable date.
2.  Give CECBEMS a list of all states in which TargetSafety is offering the non-CECBEMS accredited version of any course titles. CECBEMS will work with each state to ensure that students receive CECBEMS' credit for these titles, regardless of the version they completed.
3.  Report course completions for all students completing any version of the CECBEMS' accredited titles to the CECBEMS' database by a mutually agreeable date.
4.  Report to CECBEMS any other situations that may exist with regard to the delivery of EMS continuing education that CECBEMS may not be aware of at this time. It is very important that TargetSafety make full and complete disclosure so that we can work together to head off further confusion.

CECBEMS accreditation is a _national_ accreditation and applies to accredited course completions in all states. The decision that TargetSafety and all EMS CE providers must make is whether or not CECBEMS' requirements are a good fit for their business plan. If your decision is to be CECBEMS' accredited, then you need to adhere to what the marketing material submitted with your application said you would do. If you want to maintain your accreditation, we will help you do that, but you will have to make full disclosure so we can arrive at a plan by which TargetSafety can meet CECBEMS' requirements. If we cannot arrive at a mutually agreeable plan, then TargetSafety will lose CECBEMS' accreditation.

I will be in San Diego, CA, May 26-28, 2008, with a member of the CECBEMS Board of Directors to meet with the California EMS Administrators at their 2008 Conference. We would be happy to meet with you in person at that time to discuss a plan for resolving this issue.

I hope this letter has conveyed the urgency of resolving this situation quickly and the willingness of CECBEMS to work with TargetSafety to do so.

Sincerely,

_Elizabeth Sibley_

Elizabeth Sibley
Executive Director

Attachment

EX4_009

# TargetSafety
# Online EMS Continuing Education

TargetSafety is in the process of developing a comprehensive EMS continuing education program. Our courses allow EMT Basic, Intermediate, Paramedic, ECA or First Responders to complete their continuing education requirements when and where they have time in an engaging easy-to-use format.

**Two year individual subscription with unlimited access to all courses for $164.95**

For more information and to register please visit, www.targetsafety.com/fire/ems/

or call toll free 877.944.6372

TargetSafety, Inc.
10815 Rancho Bernardo Road, Suite 250
San Diego, CA 92127



**TargetSafety**
Online Fire & EMS Training



Safety Training Partner

## Course Catalog

The following course catalog currently in development. Courses will be rolled out over the next year as they are completed and approved by CECBEMS. New courses will automatically be added your library upon CECBEMS approval.

**Preparatory (hours)**
Health and Wellness (1)
Diet and Nutrition (1)
Back Injury Prevention (1)
Workplace Stress (1)
Infectious Disease Control (1)
Medical, Ethical, and Legal Issues in Emergency Care (1)
HIPAA Awareness (1)
Protecting Yourself From Influenza (1)
HIV Awareness (2)
HIV Awareness - Florida (2)

**Trauma (hours)**
Shock Basic (1)
Shock Advanced (1)
Burn Management Basic (1)
Burn Management Advanced (1)
Musculoskeletal Injuries Basic (1)
Musculoskeletal Injuries Advanced (1)
Head and Face Emergencies Advanced (1)
CNS Injuries Basic (1)
CNS Injuries Advanced (1)

**Medical (hours)**
Respiratory Emergencies Basic (1)
Respiratory Emergencies Advanced (1)
Pharmacology Basic (1)
Pharmacology Advanced (1)
Cardiac Emergencies Basic (1)
Cardiac Emergencies Advanced (1)
Altered Mental Status (1)
Poison and Overdose Basic (1)
Environmental Emergencies Basic (1)
Environmental Emergencies Advanced (1)
Behavioral Emergencies Basic (1)
Behavioral Emergencies Advanced (1)
Non-Traumatic Abdominal Injuries (1)
Allergies Basic (1)
Allergies Advanced (1)

**Airway (hours)**
Respiratory System: Anatomy and Physiology (1)
**Airway Management Basic (1)
**Airway Management Advanced (1)

**Special Considerations (hours)**
**Obstetrical Emergencies Basic (1)
Obstetrical Emergencies Advanced (1)
Neonatology Advanced (2)
Pediatric Medical Emergencies Basic
Pediatric Medical Emergencies Advanced (2)
Geriatric Emergencies Advanced (2)
The Challenged Patient Advanced (2)

**Operations (hours)**
**EMS Driving Safety (1)
Introduction to Hazardous Materials (2)
Hazard Communications (1)
Confined Space Entry (1)
Emergency Response to Terrorism (4)
Managing MCIs (1)



**Continuing Education Hours have been applied for through the Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS) for the courses marked with **.

EX4_010

**EXHIBIT 5**

# ⊞Procopio®

Procopio, Cory, Hargreaves & Savitch LLP

Frank L. Tobin
Direct Dial: (619) 525-3862
E-mail: flt@procopio.com

May 19, 2008

**VIA FACSIMILE AND FEDERAL EXPRESS**
Elizabeth Sibley
Executive Director
CECBEMS
12200 Ford Road, Ste. 478
Dallas, Texas  75234

Re:    CECBEMS Letter of May 14, 2008

Dear Ms. Sibley:

This office represents TargetSafety.com, Inc.  TargetSafety has asked us to respond to your May 14, 2008 letter.

On April 25, 2008, Bruce Kaechele, President and CEO of TargetSafety wrote in response to your April 11, 2008 letter to Laura Boehm. In Mr. Kaechele's April 25, 2008 letter to you, he asked you for specific information including:

1.    The specific source and basis for the accreditation requirements alleged in your April 11, 2008 letter;

2.    Specification of which CECBEMS specific accreditation requirements are allegedly not being complied with by TargetSafety and the basis for those requirements;

3.    Whether there had been a vote by the CECBEMS board of directors to withhold, suspend or revoke TargetSafety's accreditation based on evidence of "fraud, deception or impropriety"; and

4.    If a vote had been taken, written notice of any decision of the Board and written notice of the CECBEMS standards with which the evidence suggests that TargetSafety is not compliant.

Mr. Kaechele also pointed out TargetSafety's concern that CECBEMS was not following its own stated processes.  Mr. Kaechele reiterated in his letter that any notification to state EMS

530 B Street, Suite 2100 • San Diego, CA 92101-4469 • T. 619.238.1900  F. 619.235.0398
NORTH COUNTY OFFICE: 1217 Palomar Oaks Way, Suite 300 • Carlsbad, CA 92008-6551 • T. 760.931.5700  F. 760.931.1185

www.procopio.com
113291/000001/920046.01

EX5_011



Elizabeth Sibley
May 19, 2008
Page 2

offices. The National Registry and the staff and board members of each of its sponsoring organizations that the courses offered by TargetSafety do not comply with CECBEMS accreditation requirements and that accreditation was withdrawn pursuant to *The Policy for the Denial, Suspension or Revocation of CECBEMS Accreditation* would be incorrect and contrary to CECBEMS own policy and appeal process. Mr. Kaechele reiterated that such notification would cause irreparable harm to TargetSafety's business and that TargetSafety would have no choice but to hold CECBEMS accountable for all such harm to the fullest extent provided by law.

Mr. Kaechele gave you until May 2, 2008 to respond. However, no response was received until May 14, 2008. Your May 14, 2008 letter ignores TargetSafety's request for information and simply dictates alleged steps that TargetSafety "must" take by June 11, 2008 or presumably CECBEMS will revoke TargetSafety's CECBEMS' accreditation.

This is a very serious matter. Based on our review of this matter, CECBEMS is not following its policies and procedures. CECBEMS' conduct and threat to revoke TargetSafety's CECBEMS' accreditation provides TargetSafety with a variety of legal claims. TargetSafety remains open and willing to discuss issues with CECBEMS in an effort to explore ways to resolve this matter. However, TargetSafety is not able to engage in any such discussions in light of the current arbitrary deadline imposed by CECBEMS of June 11, 2008. Under the current deadline of June 11, 2008, TargetSafety believes it only has time to address this matter legally. There is simply not enough time by June 11, 2008 to have meaningful discussions in connection with exploring a resolution and, thereafter, have time to take legal action in the event that such discussions are not productive.

Accordingly, we are writing on behalf of TargetSafety to request that you notify us by close of business on Wednesday, May 21, 2008 that CECBEMS will extend the June 11, 2008 deadline to allow the parties more time to explore a resolution of this matter. If CECBEMS and their directors will not extend the deadline and provide TargetSafety with the information to properly respond to the issues raised by CECBEMS, TargetSafety will take any and all appropriate legal actions to defend itself and will put CECBEMS, all CECBEMS Directors, Director Alternates, and all organizations listed on CECBEMS' letterhead on notice of those legal actions.

We look forward to hearing your response to the above by May 21, 2008.

Very truly yours,

Frank L. Tobin

FLT/mdr

111291/000901/920046.01

```
*******************************************************************************
*                                                                   P. 01    *
*                      TRANSACTION REPORT                                     *
*                                               MAY-19-2008 MON 01:16 PM      *
*     FOR: Procopio, Cory            619 235 0398                             *
*                                                                             *
*   SEND                                                                      *
*  DATE  START    RECEIVER       TX TIME   PAGES TYPE      NOTE       M#  DP  *
* _____*
*  MAY-19 01:15 PM 812144320545     1'19"    3  FAX TX     OK         963     *
*                                                                             *
*                                         TOTAL :    1M 19S  PAGES:   3       *
*                                                                             *
*******************************************************************************
```

 **Procopio**

Procopio, Cory, Hargreaves and Savitch LLP

# FACSIMILE

## FACSIMILE TRANSMISSION

**DATE:**  May 19, 2008        **TOTAL PAGES, INCLUDING COVER:**        **3**

**TO:**

| NAME | FACSIMILE NO. | TELEPHONE NO. |
|------|---------------|---------------|
| Elizabeth Sibley CECBEMS | (214) 432-0545 | (972) 247-4442 |

**FROM:**    Frank L. Tobin

**RE:**    CECBEMS Letter of May 14, 2008

**CC:**

**MESSAGE:**    Attached please find correspondence of today's date in the above-referenced matter.

Thank you.

EX5_013

 **Procopio**                                                                    **FACSIMILE**

Procopio, Cory, Hargreaves and Savitch LLP

## FACSIMILE TRANSMISSION

DATE:     May 19, 2008                          TOTAL PAGES, INCLUDING COVER:          3

TO:

| NAME: | FACSIMILE NO. | TELEPHONE NO. |
|---|---|---|
| Elizabeth Sibley CECBEMS | (214) 432-0545 | (972) 247-4442 |

FROM:     Frank L. Tobin

RE:       CECBEMS Letter of May 14, 2008

CC:

MESSAGE:     Attached please find correspondence of today's date in the above-referenced matter.

Thank you.

### CONFIDENTIAL INFORMATION

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and it is intended only for the use of the individual(s) named above, and others who have been specifically authorized by such individual(s). If you are not the named recipient(s) or authorized by the named recipient(s), you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone ((619) 238-1900) and return this facsimile message to the sender via the U.S. Mail (530 B Street, Suite 2100, San Diego, California 92101). Thank you.

Please deliver the accompanying document(s) as soon as possible to the addressee. If a problem occurs in transmission, please telephone immediately (619) 238-1900.

Client Name:
Client/Matter No.:
Equitrac No.:
Document:

EX5_014

**EXHIBIT 6**

# FACSIMILE

# SCICCHITANO & PINSKY, PLLC

5789 Widewaters Parkway
Syracuse, New York 13214-2807
Fax:        (315) 475-8230
Phone:      (315) 428-8344
e-mail:     mail@sfplawfirm.com

## PERSONAL & CONFIDENTIAL

Date:       May 27, 2008
Fax No.:    (760) 931-1155
To:         Frank L. Tobin, Esq.
From:       Bradley M. Pinsky, Esq.
Pages:      2
Re:         CECBEMS

---

**Please see the attached.**

---

The information contained in this facsimile message is attorney privileged and confidential, intended only of use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that dissemination, distribution or copying of this information is prohibited. If you have received this communication in error, please notify us immediately by telephone.

EX6_015

# SCICCHITANO & PINSKY, PLLC
## ATTORNEYS AT LAW

Partners:
Gregory A. Scicchitano, Esq. *
Bradley M. Pinsky, Esq.
*Also Admitted in NJ and PA

5789 Widewaters Pkwy
Syracuse, New York 13214
(315) 428-8344
(315) 475-8230 (fax)

David B. Garwood, of counsel

May 21, 2008

VIA FACSIMILE & FIRST CLASS MAIL
(760) 931-1155
Frank L. Tobin, Esq.
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, 21st Floor
San Diego, CA 92101

Re:    CECBEMS

Dear Mr. Tobin:

We serve as national counsel to CECBEMS. We have received your letter on behalf of your client. Your client has failed to cooperate with CECBEMS' demands. Your numerous threats do not serve your client and your client has failed to comply with CECBEMS' demands by the date required. It is certainly your choice to try to turn the burden upon CECBEMS, but I promise that will not benefit your client.

Your client made significant and material misrepresentations in its application. Accreditation was provided based upon those misrepresentations. The misrepresentations have now come to light and your client was very pleasantly requested to solve the issue. We cannot fathom why your client would refuse to come into compliance with CECBEMS' demands.

That being said, if your client does not comply with the letter by the required date (and some deadlines have already passed), CECBEMS will take the promised actions. Your client simply has a choice. It can pursue this course of antagonistic responses and lose its accreditation, or it can take reasonable steps to comply. We will not provide any additional information as your client certainly understands the issue and the steps necessary to resolve it.

Therefore, we hope to receive your client's response of a plan of correction and the other items demanded by the date due. We again look forward to working with your client, but warn that your antagonistic and threatening tone will not serve your client well.

You may contact us with any questions, but we strongly suggest a more cooperative tact.

Very truly yours,

SCICCHITANO & PINSKY, PLLC

By:

Bradley M. Pinsky

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 151567    — TC**

**June 04, 2008
14:52:34**

**Civ Fil Non-Pris**
USAO #.: 08CV0994
Judge..: JANIS L. SAMMARTINO
Amount.:                    $350.00 CK
Check#.: BC13273

**Total—>   $350.00**

FROM: TARGETSAFETY.COM VS.
      CONTIUNING EDUCATION BOARD FOR
      EMERGENCY MEDICAL SERVICES INC

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| TARGETSAFETY.COM, INC., a California corporation | CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, INC., a Missouri non-profit corporation and DOES 1-10 |

**(b)** County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Dallas
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Frank L. Tobin, Esq. (SBN 166344)
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100, San Diego, CA 92101

Attorneys (If Known)
Bradley M. Pinsky, Esq.
Scicchitano & Pinsky, PLLC
5789 Widewaters Pkwy. Syracuse, New York 13214

'08 CV 0994 JLS JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☒ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. section 1332
Brief description of cause:
Declaratory Relief, Contract, Specific Performance, Injunction

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE                    DOCKET NUMBER

DATE  6/4/08                    SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 151567    AMOUNT $350    APPLYING IFP                    JUDGE                    MAG. JUDGE

JAC 6/4/08

CR