Frank L. Tobin (Bar No. 166344)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiff TARGETSAFETY.COM, INC., a California corporation

FILED

08 JUN -4 PM 2:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    CF    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TARGETSAFETY.COM, INC., a California corporation

    Plaintiff,

v.

CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, a Missouri non-profit corporation and DOES 1-10

    Defendants..

Case No. '08 CV 0994 JLS JMA

**NOTICE OF INTERESTED PARTIES**

    The undersigned counsel of record for TARGETSAFETY.COM, INC., a California corporation certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

| Party (or Parties) | Attorneys |
|---|---|
| TARGETSAFETY.COM, INC | Frank L. Tobin, Esq.<br>Procopio, Cory, Hargreaves & Savitch LLP<br>530 B Street, Suite 2100<br>San Diego, CA 92101-4469<br>Phone: (619) 238-1900<br>Fax: (619) 235-0398 |

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |   |
| 3  Dated: June ____, 2008 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| 5 | By: _____ |
| 6 | Frank L. Tobin |
|   | Attorneys for Plaintiff |
| 7 | TARGETSAFETY.COM, INC., a California corporation |

2

NOTICE OF INTERESTED PARTIES

113291/000007/926502.01