Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

TargetSafety.com, Inc., a California corporation

vs

Continuing Education Coordinating Board for Emergency Medical Services, Inc., a Missouri non-profit corporation and DOES 1-10

FILED
'08 JUN -4 PM 2:54
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _cf_  DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.  '08 CV 0994 JLS JMA

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Frank L. Tobin, Esq. (SBN 166344)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, CA  92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 0 4 2008

W. Samuel Hamrick, Jr.
CLERK                                                    DATE

By C. PUTNAM, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)