Frank L. Tobin (Bar No. 166344)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiff TARGETSAFETY.COM, INC., a California corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARGETSAFETY.COM, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, INC., a Missouri non-profit corporation and DOES 1-10<br><br>Defendants.. | Case No.: 08-CV-0994-JLS-JMA<br><br>AMENDED CERTIFICATION OF NOTICE RE TEMPORARY RESTRAINING ORDER |

I, Frank L. Tobin, declare as follows:

I am an attorney duly licensed to practice law in the State of California. I am a partner with the law firm of Procopio, Cory, Hargreaves & Savitch, L.L.P. ("Procopio Cory"), attorneys for Plaintiff TargetSafety.com, Inc. ("TargetSafety").

1.  I have personal knowledge of the following facts and would and could testify to them if called upon to do so, with the exception of those matters stated on information and belief and as to those matters I believe them to be true.

2.  On June 3, 2008, I sent a letter via facsimile and e-mail to Mr. Bradley M. Pinsky, who I am informed and believe is national counsel to CECBEMS, providing him with notice that TargetSafety would be filing this action on June 4, 2008 in the United States District Court,

1  Southern District of California and requesting a temporary restraining order ("TRO") and
2  preliminary injunction to maintain the status quo and prevent CECBEMS from revoking
3  TargetSafety's CECBEMS' accreditation during the pendency of this lawsuit. I also informed Mr.
4  Pinsky in my June 3, 2008 letter that I would provide him with notice once there was a time
5  certain for the TRO and/or Preliminary Injunction hearing.
6       3.    After I filed the complaint on June 4, 2008 and after I filed the TRO papers, I e-
7  mailed Mr. Pinsky a copy of the complaint and a copy of the TRO papers.
8       I declare under penalty of perjury under the laws of the State of California that the
9  foregoing is true and correct.
10      Executed this 4th day of June 2008, at San Diego, California.

/s/ Frank L. Tobin
Frank L. Tobin, Esq.