Frank L. Tobin (Bar No. 166344)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Plaintiff TARGETSAFETY.COM, INC., a California corporation

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARGETSAFETY.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, INC., a Missouri non-profit corporation and DOES 1-10<br><br>Defendants. | Case No.: 08-CV-0994-JLS-JMA<br><br>JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND [PROPOSED] ORDER THEREON |

The parties to this Stipulation are Plaintiff TARGETSAFETY.COM, INC. ("TargetSafety") and Defendant CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES ("CECBEMS").

TargetSafety is represented by Frank L. Tobin of Procopio, Cory, Hargreaves & Savitch LLP.

CECBEMS is represented by Bradley M. Pinsky of Scicchitano & Pinsky, PLLC.

### RECITALS

A. On or about June 4, 2008, TargetSafety filed a Complaint against CECBEMS in the United States District Court, Southern District of California, Case No. 08-CV-0994-JLS-

1

JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR
PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 08-CV-0994-JLS-JMA

113291/000007/928062.01

1  JMA, for declaratory relief, breach of contract, specific performance and injunction.

2  B. Also on or about June 4, 2008, TargetSafety filed a Motion for Preliminary Injunction and an Application for Temporary Restraining Order in the above-referenced Court to maintain the status quo and enjoin CECBEMS from revoking accreditation of TargetSafety's courses until this matter is adjudicated.

C. TargetSafety has requested from the Court a Temporary Restraining Order and Order to Show Cause regarding Preliminary Injunction.

D. TargetSafety seeks to preserve the status quo and enjoin CECBEMS from revoking its accreditation of TargetSafety's courses until TargetSafety's Complaint in the above-referenced matter is adjudicated.

E. CECBEMS has not filed a responsive pleading to TargetSafety's Complaint and has not filed an Opposition to TargetSafety's Motion for Preliminary Injunction and Application for Temporary Restraining Order.

## TERMS OF STIPULATION

1. The terms of the Stipulation incorporate the above Recitals as though set forth in full herein.

2. CECBEMS agrees to accept service of TargetSafety's Motion for Preliminary Injunction and Application for Temporary Restraining Order through its counsel Scicchitano & Pinsky, PLLC.

3. CECBEMS agrees to maintain the status quo and not revoke the accreditation of TargetSafety' courses while TargetSafety's Motion for Preliminary Injunction and Application for Temporary Restraining Order is pending.

4. CECBEMS agrees to recognize TargetSafety's Motion for Preliminary Injunction and Application for Temporary Restraining Order as a Motion for Preliminary Injunction (the "Motion").

5. TargetSafety agrees to extend the time for CECBEMS to respond to the Motion to June 20, 2008.

2
JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 08-CV-0994-JLS-JMA

113291/000007/928062.01

1  6. CECBEMS agrees that TargetSafety will have five (5) court days following service of CECBEMS' response to the Motion to file a Reply Memorandum of Points and Authorities pursuant to the Local Rules for the Southern District of California, Rule 7.1(e)(3).

**SO STIPULATED AND AGREED.**

DATED: June 9, 2008            PROCOPIO, CORY, HARGREAVES & SAVITCH LLP


By: /s/ *Frank L. Tobin*
Frank L. Tobin
Attorneys for Plaintiff
TARGETSAFETY.COM, INC., a California corporation


DATED: June 9, 2008            SCICCHITANO & PINSKY, PLLC


By: /s/ *Bradley M. Pinsky*
Bradley M. Pinsky
Attorneys for Defendant
CECBEMS


**ORDER**

WITH GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Plaintiff TargetSafety's Stipulation Regarding Targetsafety's Motion for Preliminary Injunction and Application for Temporary Restraining Order, is hereby GRANTED.

IT IS SO ORDERED.

DATED: _____

HONORABLE JANIS L. SAMMARTINO
U.S. DISTRICT JUDGE

3
JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 08-CV-0994-JLS-JMA

113291/000007/928062.01