UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARGETSAFETY.COM, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, INC., a Missouri non-profit corporation and DOES 1-10<br><br>Defendants. | Case No.: 08-CV-0994-JLS-JMA<br><br>**ORDER: GRANTING PARTIES' JOINT MOTION** |

Pursuant to the parties' "joint motion and stipulation" [Doc. No. 6.], the Court will treat TargetSafety's "motion for a preliminary injunction and a temporary restraining order" [Doc. No. 4], as only a motion for a preliminary injunction. CECBEMS shall have until June 20, 2008 to respond to that motion and TargetSafety will have five (5) court days following service of CECBEMS' response to file a reply. CECBEMS shall not revoke the accreditation of TargetSafety's courses while the motion for a preliminary injunction is pending.

IT IS SO ORDERED.

Date: June 13, 2008

Hon. Janis L. Sammartino
United States District Court Judge