1  Frank L. Tobin (Bar No. 166344)
   PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
2  530 B Street, Suite 2100
   San Diego, California 92101
3  Telephone: 619.238.1900
   Facsimile: 619.235.0398
4
   Attorneys for Plaintiff TARGETSAFETY.COM, INC., a
5  California corporation

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 TARGETSAFETY.COM, INC., a California      | Case No.: 08-CV-0994-JLS-JMA
   corporation
11                                           |
          Plaintiff,                         | SECOND JOINT MOTION AND
12                                           | STIPULATION REGARDING
   v.                                        | TARGETSAFETY'S MOTION FOR
13                                           | PRELIMINARY INJUNCTION AND
   CONTINUING EDUCATION COORDINATING         | APPLICATION FOR TEMPORARY
14 BOARD FOR EMERGENCY MEDICAL               | RESTRAINING ORDER AND
   SERVICES, INC., a Missouri non-profit corporation | [PROPOSED] ORDER THEREON
15 and DOES 1-10

16        Defendants.

17

18       The parties to this Second Joint Motion and Stipulation are Plaintiff

19 TARGETSAFETY.COM, INC. ("TargetSafety") and Defendant CONTINUING EDUCATION

20 COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES ("CECBEMS").

21       TargetSafety is represented by Frank L. Tobin of Procopio, Cory, Hargreaves & Savitch

22 LLP.

23       CECBEMS is represented by Bradley M. Pinsky of Scicchitano & Pinsky, PLLC.

24 ///

25 ///

26 ///

27 ///

28

- 1 -
SECOND JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR
PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 08-CV-0994-JLS-JMA

113291/000007/932881.01

## RECITALS

A. On or about June 4, 2008, TargetSafety filed a Complaint against CECBEMS in the United States District Court, Southern District of California, Case No. 08-CV-0994-JLS-JMA, for declaratory relief, breach of contract, specific performance and injunction.

B. Also on or about June 4, 2008, TargetSafety filed a Motion for Preliminary Injunction and an Application for Temporary Restraining Order in the above-referenced Court to maintain the status quo and enjoin CECBEMS from revoking accreditation of TargetSafety's courses until this matter is adjudicated.

C. TargetSafety requested from the Court a Temporary Restraining Order and Order to Show Cause regarding Preliminary Injunction.

D. TargetSafety seeks to preserve the status quo and enjoin CECBEMS from revoking its accreditation of TargetSafety's courses until TargetSafety's Complaint in the above-referenced matter is adjudicated.

E. CECBEMS has not filed a responsive pleading to TargetSafety's Complaint and has not filed an Opposition to TargetSafety's Motion for Preliminary Injunction and Application for Temporary Restraining Order.

F. On or about June 11, 2008 TargetSafety and CECBEMS entered into a First Joint Motion and Stipulation whereby CECBEMS agreed to (1) recognize TargetSafety's Motion for Preliminary Injunction and Application for Temporary Restraining Order as a Motion for Preliminary Injunction (the "Motion for Preliminary Injunction"), and (2) maintain the status quo and not revoke the accreditation of TargetSafety's courses while the Motion for Preliminary Injunction is pending. The parties further agreed CECBEMS would have until June 20, 2008 to respond to the Motion for Preliminary Injunction and that TargetSafety would have five (5) court days following service of CECBEMS' response to the Motion for Preliminary Injunction to file a Reply Memorandum of Points and Authorities pursuant to the Local Rules for the Southern District of California, Rule 7.1(e)(3).

G. On or about June 13, 2008, Hon. Janis L. Sammartino, United States District

- 2 -
SECOND JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 08-CV-0994-JLS-JMA

113291/000007/932881.01

1  Court Judge, issued an Order granting the parties' First Joint Motion and Stipulation.

      H.    Counsel for the parties have since corresponded and plan to have discussions in an attempt to resolve the dispute between CECBEMS and TargetSafety. In order to facilitate such discussions, CECBEMS and TargetSafety enter into the following Stipulation.

### TERMS OF STIPULATION

1. The terms of the Stipulation incorporate the above Recitals as though set forth in full herein.

2. TargetSafety agrees that CECBEMS will have until June 27, 2008 to respond to the Motion.

3. CECBEMS agrees that TargetSafety will have five (5) court days following service of CECBEMS' response to the Motion to file a Reply Memorandum of Points and Authorities pursuant to the Local Rules for the Southern District of California, Rule 7.1(e)(3).

4. CECBEMS further agrees to maintain the status quo and that it shall not revoke the accreditation of TargetSafety's courses while the Motion for Preliminary Injunction is pending.

SO STIPULATED AND AGREED.

DATED: June 19, 2008          PROCOPIO, CORY, HARGREAVES & SAVITCH LLP


By: /s/ *Frank L. Tobin*
     Frank L. Tobin
     Attorneys for Plaintiff
     TARGETSAFETY.COM, INC., a California corporation

DATED: June 19, 2008          SCICCHITANO & PINSKY, PLLC


By: /s/ *Bradley M. Pinsky*
     Bradley M. Pinsky
     Attorneys for Defendant
     CECBEMS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARGETSAFETY.COM, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, INC., a Missouri non-profit corporation and DOES 1-10<br><br>  Defendants. | Case No.: 08-CV-0994-JLS-JMA<br><br>SECOND JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND [PROPOSED] ORDER THEREON |

Pursuant to the parties' "second joint motion and stipulation," CECBEMS shall have until June 27, 2008 to respond to TargetSafety's Motion for Preliminary Injunction. TargetSafety will have five (5) court days following service of CECBEMS' response to file a reply. CECBEMS shall not revoke the accreditation of TargetSafety's courses while the Motion for Preliminary Injunction is pending.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Janis L. Sammartino
United States District Court Judge