1  Frank L. Tobin (Bar No. 166344)
   PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
2  530 B Street, Suite 2100
   San Diego, California 92101
3  Telephone: 619.238.1900
   Facsimile: 619.235.0398
4
   Attorneys for Plaintiff TARGETSAFETY.COM, INC., a
5  California corporation

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  TARGETSAFETY.COM, INC., a California        Case No.: 08-CV-0994-JLS-JMA
    corporation
11
                                                THIRD JOINT MOTION AND
12            Plaintiff,                        STIPULATION REGARDING
                                                TARGETSAFETY'S MOTION FOR
13      v.                                      PRELIMINARY INJUNCTION AND
                                                APPLICATION FOR TEMPORARY
14  CONTINUING EDUCATION COORDINATING           RESTRAINING ORDER AND
    BOARD FOR EMERGENCY MEDICAL                 [PROPOSED] ORDER THEREON
    SERVICES, INC., a Missouri non-profit corporation
15  and DOES 1-10

16            Defendants.

17

18       The parties to this Third Joint Motion and Stipulation are Plaintiff

19  TARGETSAFETY.COM, INC. ("TargetSafety") and Defendant CONTINUING EDUCATION

20  COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES ("CECBEMS").

21       TargetSafety is represented by Frank L. Tobin of Procopio, Cory, Hargreaves & Savitch

22  LLP.

23       CECBEMS is represented by Bradley M. Pinsky of Scicchitano & Pinsky, PLLC.

24  ///

25  ///

26  ///

27  ///

    ///

                                               1
THIRD JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR
PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 08-CV-0994-JLS-JMA

113291/000007/935882.01

## RECITALS

A.  On or about June 4, 2008, TargetSafety filed a Complaint against CECBEMS in the United States District Court, Southern District of California, Case No. 08-CV-0994-JLS-JMA, for declaratory relief, breach of contract, specific performance and injunction.

B.  Also on or about June 4, 2008, TargetSafety filed a Motion for Preliminary Injunction and an Application for Temporary Restraining Order in the above-referenced Court to maintain the status quo and enjoin CECBEMS from revoking accreditation of TargetSafety's courses until this matter is adjudicated.

C.  TargetSafety requested from the Court a Temporary Restraining Order and Order to Show Cause regarding Preliminary Injunction.

D.  TargetSafety seeks to preserve the status quo and enjoin CECBEMS from revoking its accreditation of TargetSafety's courses until TargetSafety's Complaint in the above-referenced matter is adjudicated.

E.  CECBEMS has not filed a responsive pleading to TargetSafety's Complaint and has not filed an Opposition to TargetSafety's Motion for Preliminary Injunction and Application for Temporary Restraining Order.

F.  On or about June 11, 2008 TargetSafety and CECBEMS entered and filed a First Joint Motion and Stipulation whereby CECBEMS agreed to (1) recognize TargetSafety's Motion for Preliminary Injunction and Application for Temporary Restraining Order as a Motion for Preliminary Injunction (the "Motion for Preliminary Injunction"), and (2) maintain the status quo and not revoke the accreditation of TargetSafety's courses while the Motion for Preliminary Injunction is pending. The parties further agreed CECBEMS would have until June 20, 2008 to respond to the Motion for Preliminary Injunction and that TargetSafety would have five (5) court days following service of CECBEMS' response to the Motion for Preliminary Injunction to file a Reply Memorandum of Points and Authorities pursuant to the Local Rules for the Southern District of California, Rule 7.1(e)(3).

G.  On or about June 19, 2008, TargetSafety and CECBEMS entered and filed a

2

THIRD JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR
PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 08-CV-0994-JLS-JMA

113291/000007/935882.01

1  Second Joint Motion and Stipulation that recited and incorporated the terms of the parties First
2  Joint Motion and Stipulation and further agreed that CECBEMS would have until June 27, 2008
3  to respond to TargetSafety's Motion for Preliminary Injunction and that Target Safety would
4  have five (5) court days following service of CECBEMS' response to the Motion to file a Reply
5  Memorandum of Points and Authorities pursuant to the Local Rules for the Southern District of
6  California, Rule 7.1(e)(3).

7  H.  On or about June 13, 2008, Hon. Janis L. Sammartino, United States District Court Judge, issued an Order granting the parties' First Joint Motion and Stipulation. On or about June 20, 2008, Hon. Janis L. Sammartino issued an Order granting the parties' Second Joint Motion and Stipulation.

11  I.  Counsel for the parties have engaged in discussions in an attempt to resolve this matter. In order to facilitate further discussions, CECBEMS and TargetSafety propose the following Stipulation.

**TERMS OF STIPULATION**

1.  The terms of the Stipulation incorporate the above Recitals as though set forth in full herein.

2.  TargetSafety agrees that CECBEMS will have until July 18, 2008 to respond to the Motion.

3.  CECBEMS agrees that TargetSafety will have five (5) court days following service of CECBEMS' response to the Motion to file a Reply Memorandum of Points and Authorities pursuant to the Local Rules for the Southern District of California, Rule 7.1(e)(3).

4.  CECBEMS further agrees that it shall not revoke the accreditation of TargetSafety's courses while the Motion for Preliminary Injunction is pending.

3
THIRD JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR
PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 08-CV-0994-JLS-JMA

113291/000007/935882.01

**SO STIPULATED AND AGREED.**

DATED: June 26, 2008          PROCOPIO, CORY, HARGREAVES &
                              SAVITCH LLP


                              By: /s/ *Frank L. Tobin*
                              Frank L. Tobin
                              Attorneys for Plaintiff
                              TARGETSAFETY.COM, INC., a California
                              corporation


DATED: June 26, 2008          SCICCHITANO & PINSKY, PLLC


                              By: /s/ *Bradley M. Pinsky*
                              Bradley M. Pinsky
                              Attorneys for Defendant
                              CECBEMS

4
THIRD JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR
PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 08-CV-0994-JLS-JMA

113291/000007/935882.01

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARGETSAFETY.COM, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, INC., a Missouri non-profit corporation and DOES 1-10<br><br>Defendants. | Case No.: 08-CV-0994-JLS-JMA<br><br>[PROPOSED] ORDER: GRANTING PARTIES THIRD JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR PRELIMINARY INJUNCTION |

Pursuant to the parties' "third joint motion and stipulation," CECBEMS shall have until July 18, 2008 to respond to TargetSafety's Motion for Preliminary Injunction. TargetSafety will have five (5) court days following service of CECBEMS' response to file a reply. CECBEMS shall not revoke the accreditation of TargetSafety's courses while the Motion for Preliminary Injunction is pending.

IT IS SO ORDERED.

DATED: _____          _____
                                HONORABLE JANIS L. SAMMARTINO
                                U.S. DISTRICT JUDGE

5

THIRD JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR PRELIMINARY INJUNCTION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND [PROPOSED] ORDER THEREON
CASE NO. 08-CV-0994-JLS-JMA

113291/000007/935882.01