UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARGETSAFETY.COM, INC., a California corporation<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, INC., a Missouri non-profit corporation and DOES 1-10<br><br>　　　　Defendants. | Case No.: 08-CV-0994-JLS-JMA<br><br>**ORDER: GRANTING PARTIES' THIRD JOINT MOTION AND STIPULATION REGARDING TARGETSAFETY'S MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to the parties' "third joint motion and stipulation," CECBEMS shall have until July 18, 2008 to respond to TargetSafety's Motion for Preliminary Injunction. TargetSafety will have five (5) court days following service of CECBEMS' response to file a reply. CECBEMS shall not revoke the accreditation of TargetSafety's courses while the Motion for Preliminary Injunction is pending.

IT IS SO ORDERED.

DATED: July 7, 2008

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
HONORABLE JANIS L. SAMMARTINO
U.S. DISTRICT JUDGE