1 | Keith Zakarin (SBN 126528)
**DUANE MORRIS LLP**
2 | 101 West Broadway, Suite 900
San Diego, CA 92101
3 | Telephone: 619.744.2200
Facsimile: 619.744.2201
4 | E-Mail:    kzakarin@duanemorris.com

5 | Bradley M. Pinsky (proposed pro hac vice)
SCICCHITANO & PINSKY, PLLC
6 | 5789 Widewaters Parkway
Syracuse, New York 13214
7 | Telephone: 315.428.8344
Facsimile:  315.475.8230

8 |
Attorneys for Defendant
9 | Continuing Education Coordinating Board For
Emergency Medical Services

10 |

11 | **IN THE UNITED STATES DISTRICT COURT**

12 | **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

13 |

14 | TARGETSAFETY.COM, INC., a California
corporation,
15 |                        Plaintiff,
16 |
        v.
17 |
CONTINUING EDUCATION COORDINATING
18 | BOARD FOR EMERGENCY MEDICAL
SERVICES, INC., a Missouri non-profit corporation
19 | and DOES 1-10,
20 |                        Defendants.
21 |

Case No.: 08-CV-0994-JLS-JMA

**NOTICE OF LODGMENT IN
SUPPORT OF CECBEMS
OPPOSITION TO PLAINTIFF'S
REQUEST FOR INJUNCTIVE RELIEF**

Complaint Filed:      June 4, 2008

22 |

23 |        Defendant Continuing Education Coordinating Board for Emergency Medical Services, Inc.,

24 | respectfully lodges the following exhibits in support of their Opposition to Plaintiff's Request for

25 | Injunctive Relief:

26 |        Exhibit A:  Court Accreditation Application for Infectious Disease Control submitted by

27 | Target Safety

28 |

---

DM1\1375565.1
NOTICE OF LODGMENT IN SUPPORT OF OPPOSITION TO PLAINTIFF'S REQUEST FOR INJUNCTIVE
RELIEF                                                        CASE NO.: 08-CV-0994-JLS-JMA

1    Exhibit B:  TargetSafety's Orange County Fire Authority (OCFA) Request for Proposal

2

3    Dated: August 8, 2008          **DUANE MORRIS** LLP

4

5                By:   s/Keith Zakarin
                    Keith Zakarin

6                    Attorneys for Defendant
                    Continuing Education Coordinating Board For

7                    Emergency Medical Services
                    E-mail:  kzakarin@duanemorris.com

TargetSafety.Com, Inc.

vs.

Continuing Education Coodinating Board for Emergency Medical Services

TABLE OF CONTENTS TO CECBEMS OPPOSITION TO
PLAINTIFF'S REQEUST FOR INJUNCTIVE RELIEF

| EXHIBIT | DESCRIPTION | PAGE NO's. |
|---------|-------------|-----------|
|  |  |  |
| A | Course Accreditation Application for Infectious Disease Control submitted by TargetSafety | 1-65 |
| B | TargetSafety's Orange County Fire Authority (OCFA) Request for Proposal | 66-77 |

# EXHIBIT "A"

Appendix

Continuing Education Coordinating Board for Emergency Medical Services
**Application for Approval of a Distributed Learning Activity**

**Instructions for Submission**

1.     Complete this form on your computer or on a typewriter. Please make every effort to submit an application that is neat and easy to read. Reviewers can complete a review more quickly if they are working with a document that is carefully prepared.

2.     You **must** complete **every** item on this form except for the shaded boxes labeled *Reviewer's Comments*. If you are unable to furnish the information requested or if the information requested is not applicable to your submission, write a brief explanation in that space. Again, the review process will move faster if we do not have to ask you to provide missing information.

3.     CECBEMS will assign a different number to each topic. **You must submit for review each topic to be included in this activity. Submit all topics available at the time you submit the initial application. Then, you must submit each additional topic for review using the *Topic Information Form* only. When the additional topic has been reviewed and approved, it will be assigned its individual number.**

4.     You may submit your application in hard-copy format by mail or you may submit in electronic format by e-mail. If you choose electronic submission, all application materials except for the signed Section XIII – Attesting Statement and Section XIV – Assurances and Certifications, which you may fax or mail; and the registration fee, which you must mail, must be submitted electronically.

       If submitting in hard-copy format, submit **four (4)** typed copies of this application, supporting documents, and video or CD Rom disk (if appropriate).

       If submitting in electronic format, attach the application and all supporting to an e-mail message. All text documents should be in MS Word format; if you use spreadsheets, submit in MS Excel format. Please note in Section I the amount of the check that has been mailed.

5.     The fee must accompany application unless you are submitting electronically or have made specific arrangements in advance.

6.     Submit the above items to the following address:

       CECBEMS
       5111 Mill Run Road
       Dallas, Texas 75244
       Phone: 972-387-2862
       Fax:    972-716-2007
       E-mail: lsibley@cecbems.com

Appendix

7.   **This review will require a minimum of six weeks. Please plan accordingly.**
     **CECBEMS does not award retroactive credit.** If you wish a faster turnaround, you
     may choose to pay an expedite fee as follows:
     *Review completed within 4 weeks of submission- 200% of application fee*
     *Review completed within 3 weeks of submission -250% of application fee*
     *Review completed within 2 weeks of submission- 300% of application fee*
     *Minimum expedite fee- $250*

**Note:** You must submit post-activity materials--the list of participants for each course/topic
included in the activity, a **summary** of participant evaluations, and appropriate fees at the
quarterly deadline. January-March reports are due by May 1; April-June, by August 1; July-
September by November 1; October-December, by February 1. You must maintain this
information on file for five years after the activity is offered. You are also required to keep on file
for five years telephone, address, and test scores for each participant along with a copy of the
information submitted to the CECBEMS database. This information must be provided for audit
purposes at CECBEMS' request.

*Participant list must be submitted online via www.cecbems.org. This online submission*
*will require that you input the following information about each participant:* CECBEMS activity number,
date of course completion, first name, last name, email address (if available), city of residence, state of
licensure, state license number, type/level of license, license expiration date, NREMT registration number
(if available), NREMT reregistration date (if available), Number of CEH, Category of CEH. Failure to
submit this information may result in withdrawal of approval.

Appendix

## Activity Information and Fees

**Section I –Activity Information**

| A. | Application Date: <u>04/23/2007</u> |
|---|---|

| B. | Activity title: <u>**Infectious Disease Control**</u> |
|---|---|

| C. | Total Number of CEH requested for activity (Refer to CECBEMS Hour Assignment Guidance available at www.cecbems.org): <u>**1.0**</u> |
|---|---|

D.      Category of CEH requested. You may request approval in more than one category for some or all of the topics in an activity if appropriate. The topic must clearly apply to each level requested. Also, if you request approval in more than one category, you must pay the review fee at each level. For example, if you request approval for one CEH at the Basic and Advanced levels for a topic, the review fee will be 2x$130 or $260 for a one-time event. See Appendix for definitions of categories.

Basic: 1.0            Advanced:            Management:

<u>**Operational: 1.0**</u>            Educator:            First Responder:

| E. | Has this activity been previously submitted for review? Underline or bold one:<br><br>Yes      <u>**No**</u><br><br>If *yes*, give **date** of initial approval and **activity number**: |
|---|---|

| F. | For what duration will this activity be available (specify start and stop dates): <u>**This course will be available online (24/7/365) beginning June 4, 2007.**</u> |
|---|---|

| G. | Fees:<br>Review Fee                                                                          $130 per CEH requested<br>Total number of CEH Requested<br>with this application                                                              x <u>1.0</u><br><br>Total Review Fee for this activity                                   $ <u>130</u><br><br>Check is (Underline or bold one):        included with this application<br><br>                                                            <u>**will follow under separate cover**</u>. |
|---|---|

**Note: You must also submit a $.25 per-participant/per-topic fee with a participant list and a summary of participant evaluations at least quarterly.** *CECBEMS policy does not allow for*

Appendix

| | |
|---|---|
| *discounts on fees.* | |
| H. | Include whichever is appropriate. Indicate what you have included by bolding the correct item below: <br><br> Four copies of the videotape or CD Rom disk <br><br> **A Web address, password and login that will allow the reviewers to access and maneuver through the site:** <br><br>        http://www.targetsafety.com/emseval <br>        User name: cecbems1 <br>        Password: password <br><br><br> |
| Other (describe): | |

## Structural Requirements

**Section II – Activity Sponsor:** *Sponsor* refers to the organization with primary responsibility for the planning, implementation, evaluation, and maintenance of records for the activity.

| | |
|---|---|
| A. | Name of Sponsoring Organization: TargetSafety, Inc. |

| | |
|---|---|
| B. | Department: Technology |

| | |
|---|---|
| C. | Street: 10815 Rancho Bernardo Road, Suite 250 |

| | |
|---|---|
| D. | City, State, Zip: San Diego, CA 92127-2188 |

| | |
|---|---|
| E. | Contact Person: Laura Boehm <br><br> Telephone: (617) 517-4117 Ext. 130     Fax#: 858.487.8762 <br> E-mail: laura@targetsafety.com <br><br> Web site: http://www.targetsafety.com/ |

Include a letter of support from the sponsoring organization as **Attachment A**. This letter should be signed by a person with authority to sign contracts. An email from the sponsoring organization or attached MS word document may be submitted.

Appendix

Reviewer's Comments:
Does this application include a letter of support as Attachment A?


Does that letter demonstrate appropriate support for this activity?


## Section III - Type of Organization:

Underline or bold the choice(s) that best describes your organization:

Educational Institution

National Agency or Association

State Agency or Association

Regional Agency or Association

Local Agency or Association

**<u>For-Profit Corporation</u>**

Non-Profit Corporation

Hospital

Other (describe):


Reviewer's Comments:
Is the activity sponsor an educational institution; a national, state, regional, or local
agency association; a for-profit corporation, a non-profit corporation, or hospital; any
combination of the above or other appropriate CE provider?

Appendix

**Section IV – Activity Co-Sponsor** (if applicable)

**NOT APPLICABLE**

*An activity co-sponsor is an organization that participated in the development and implementation of the activity but does not have the primary responsibility.*

Is another organization involved in the needs assessment, planning, implementation, and evaluation of this activity? Vendors contracted to perform some part of these functions or to monitor or provide support for these functions should be listed in *Section V Contractual Relationships* below.

| Name of organization: |
|---|

| Street: |
|---|

| City, State, Zip: |
|---|

| Contact Person: |
|---|
| Telephone:          Fax:          E-mail: |

| Explain how this organization participated in the activity development process: |
|---|
| |

| Reviewer's comments: |
|---|
| Is the participating organization's role appropriate, free from conflicts of interest, etc.? |

Appendix

**Section V – Contractual Relationships**

<u>**There are no additional contractual relationships that support the delivery of this activity.**</u>

Give information about each vendor that you have contracted with to support the delivery of this activity. Use the copy-and-paste function to replicate the information below as many times as necessary to report on all contractual relationships that apply to this activity.

| Name of organization: |
|---|
| |

| Address: |
|---|
| |

| Contact Person: |
|---|

| City, State, Zip |
|---|

| Telephone: | Fax # | E-mail |
|---|---|---|

| How does this relationship support the activity? |
|---|
| |

Appendix

```
┌─────────────────────────────────────────────────────────────────┐
│ Reviewer's comments:                                              │
│ Are the contractual relationships described above sufficiently explained? │
│                                                                   │
│                                                                   │
│                                                                   │
│                                                                   │
│                                                                   │
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```

**Section VI – Instructor/Author/Planning Committee Credentials**
Include as Attachment B the CVs of the persons described below:

A.   **Instructor(s)**-if the activity involves a video or similar presentation in which an instructor presents the activity.

**or**

**Author(s)**- if the activity involves presentation of material without an instructor.

The course content was researched and written by Ms. Laura Boehm and reviewed by Mr. Randy Ballard and Dr. Robert Kiely. **(See attached CVs)**

B.   **Planning Committee Members** –include the CVs of all members of the team or committee that planned this activity.

This activity was planned by:

>    Dr. Robert Kiely, Medical Director
>    Mr. Randy Ballard, Licensed Paramedic
>    Mr. Ted Cudal, Safety / Training Expert
>    Ms. Laura Boehm, Educational Technology Expert / Instructional Designer

**(See attached CVs)**

Appendix

Reviewer's Comments:
Are all requested CVs included as Attachment B?


Do the CVs included reflect sufficient education and experience for the role the individual plays in the development of this activity?

Appendix

**Section VII – Evaluation and Verification of Participation:**

A    **Monitoring and Scoring of Exams**
  1.    **Relationship with outside agency for administration and scoring process.**

Are you using an outside monitoring and/or scoring agency to administer and/or score examinations? Underline or bold one:    yes    **no**

If *no* skip to 2 below.  If *yes*, this agency must be listed under Section V – Contractual Relationships.

Explain how this agency will ensure the credibility and integrity of the administration and scoring of exams:

Explain how this agency will ensure that certificates of completion will be distributed only to participants who successfully complete the exam:

  2.    **In-house exam administration and scoring process.**

Appendix

Explain how your organization will ensure the credibility and integrity of the administration and scoring of exams:

Access to our online courses and testing materials is controlled through unique user names and passwords. Before taking the exam, users must read and agree to a statement that acknowledges they are responsible for the answers and not using outside resources and that improper testing nullifies the certificate of completion. To prevent users from sharing test information, printing and copying of the test page has been disabled.

All exam scoring is automatically evaluated at test submission when a student takes our online course. The test questions are randomly delivered based on a pool of specific questions relating to the subject matter. The database system manages the entire transaction and the records are stored with: the questions delivered, the answers submitted, the score achieved, and the time of completion. This information is tied to the employee via their unique key in our database. This information cannot be changed in the database.

Explain how your organization will ensure that certificates of completion will be distributed only to participants who successfully complete the activity:

Access to certificates is controlled via a username and password. Registered users can only access certificates for courses they have successfully completed according to the database. Once a user successfully completes a course, the database automatically generates a certificate that includes the Student Name, Course Title, Date of Completion, and any other required registration information. No option exists to produce certificates manually. All certificates can be re-created but only for those that have previously completed the exam successfully.

Appendix

Reviewer's comments:
Does the process described above reasonably allow for integrity and credibility of the exam administration and scoring process?

Does the process reasonably provide for distribution of certificates to participants who completed the exam?

Appendix

**B. Activity Certificate**

Include as **Attachment C** the certificate you will issue to participants who complete the activity successfully. Be sure that the certificate includes the following:

<u>**See attached certificate of completion.**</u>

1.     Activity title and CECBEMS activity number

2.     # of CEH

3.     Category of CEH (First Responder, Basic, Advanced, Operational, Management, Educator,)

4.     CECBEMS approval statement--*This continuing education activity is approved by the Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS) for (number) (level) CEH.*

5.     The following quality/contact statement: *You have participated in a continuing education program that has received CECBEMS approval for continuing education credit. If you have any comments regarding the quality of this program and/or your satisfaction with it, please contact CECBEMS at: CECBEMS -5111 Mill Run Road -Dallas, Texas 75244   972.387.2862 - lsibley@cecbems.com*

6.     Signature of Activity Coordinator

Reviewer's Comments:
Does the certificate clearly state the activity title, # of CEH, and category of CEH?

Is the CECBEMS approval statement included and is it stated accurately?

Is the quality/contact statement included and is it stated accurately?

Is the certificate signed by the activity coordinator?

Appendix

**Section VIII – Maintenance of Records**

Explain the mechanism for maintaining a record of participants' names, contact information and test scores.

Our web-enabled database application stores user information which is only accessible via the student or their training administrator (for organizations using our system). We assure confidentiality via usernames and passwords for each and every student and administrator. All test scores are automatically calculated when they complete the online testing and are unchangeable. Students can take courses and complete their tests at any time.

**Review** *Submitting Participant Names* **in the appendix of this application.**
Describe how you will submit participant names to the CECBEMS database:

We will submit participant information via XML on a quarterly basis as described in CECBEMS Regulatory Management System Operations Manual – CE Providers Edition.

**Note:** You must submit post-activity materials--the list of participants for each course/topic included in the activity, a **summary** of participant evaluations, and appropriate fees within 30 days for a one-time event and at least quarterly for a multiple-event activity. January-March reports are due by May 1; April-June, by August 1; July-September by November 1; October-December, by February 1.You must maintain this information on file for five years after the activity is offered. You are also required to keep on file for five years telephone, address, and test scores for each participant along with a copy of the information submitted to the CECBEMS database. This information must be provided for audit purposes at CECBEMS' request.

*Important Notice: Participant list must be submitted online via* www.cecbems.org. *This online submission will require that you input the following information about each participant:* CECBEMS activity number, date of course completion, first name, last name, email address (if available), city of residence, state of licensure, state license number, type/level of license, license expiration date, NREMT registration number (if available), NREMT reregistration date (if available), Number of CEH, Category of CEH. Failure to submit this information may result in withdrawal of approval.

---

Reviewer's comments:
Does the mechanism for maintaining records provide reasonable security and availability?


Does the mechanism for submitting quarterly reports indicate the applicant's ability and intent to submit post-activity information as requested by CECBEMS?

Appendix

**Process and Outcome**

**Section IX – Marketing Materials**

The purpose of this section is to verify that marketing materials for this program provide prospective participants with an accurate description of this activity. Marketing materials should include an accurate description of the activity, be free of any statements that are misleading in any way, give clear directions for accessing the activity, identify registration fees clearly and contain an accurate CECBEMS approval statement as follows: *This continuing education activity is approved by the Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS)* or *Continuing Education Hours have been applied for through the Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS).*

Include as **Attachment D** a draft or final copy of all marketing materials—brochures, electronic marketing messages or displays, ads in journals, etc.

<u>**See Attached Flyer**</u>

Reviewer's comments
Do these materials describe this activity accurately?

Do they contain any statements that are misleading, deceptive or discriminatory? If so, please specify those statements.

Do the materials give clear directions for accessing the activity?

Are registration fees clearly identified?

Is the CECBEMS approval statement accurate?

Appendix

**Section X – Medical Oversight** *(This section is effective on all applications submitted after June 15, 2006)*
Attach a letter and CV for the physician who has reviewed and approved the content for this activity.

## See Attached Consulting Agreement and CV for Dr. Robert Kiely.

**Section XI - Activity Content and Instructional Methods and Exams**
Complete the following *Topic Information Form* for each of the course topics included in this activity. All items on these forms must be completed. If information for an item is not available, explain why.

## Topic Information Form

---

**Name of Topic: Infectious Disease Control**

---

Reviewer's Comments
Is this topic related to EMS practice, education, operations, or management?

---

**Number and Category of CEH Requested for this topic** (for definitions of categories see the Appendix at the end of this application): 1.0 Operational

You may request approval in more than one category for some or all of the topics in an activity if appropriate. The topic must clearly apply to each level requested. Also, if you request approval in more than one category, you must pay the review fee at each level. For example, if you request approval for one CEH at the Basic and Advanced levels for a topic, the review fee will be 2x$130 or $260 for a one-time event. See Appendix for definitions of categories.

---

Reviewer's Comments
Is the number of CEH requested consistent with the time required to read or otherwise interact with the lesson material and respond to the exam items?

Is the topic appropriate for the category requested?

---

**Instructional Format** (bold or underline all that apply):

| Lecture | Discussion | Simulation | Laboratory |
|---------|-----------|-----------|-----------|

Appendix

| Skills Practice | Case Presentations | **Other (Specify): Online** |
|---|---|---|

This course is a self-paced, Internet-based training. The course contains interactive review exercises and case studies to re-enforce the course content, and students are evaluated via a multiple choice exam.

Reviewer's Comments
Is the instructional format selected for this topic appropriate?

**Target Audience and Prerequisites for this topic:**

Describe the target audience for this topic:

Target audience is comprised of prehospital care personnel who have satisfied the requirements for certification as EMT Basic, Intermediate, or Paramedic (as described in the current U.S. D.O.T. National Standard Curriculum).

If there are prerequisites for this activity, give a description of the knowledge, experience or level of training necessary for the participant to receive a meaningful educational experience with this activity. If you are requesting Advanced CEHs, you must include prerequisites.

Participants should have satisfied EMT Basic, Intermediate, or Paramedic level requirements (as stated above) as demonstrated by current EMT Basic, Intermediate, or Paramedic licensure.

Reviewer's Comments:
Are prerequisites necessary for this activity?

If so, are appropriate prerequisites included?

Is the material relevant for the intended audience?

**Learning Objectives and Assessment**

Complete the request below for *Learning Objective, Instructional Content*, and *Exam Items* for **each** learning objective included in this topic. You must specify each learning objective, present the learning content specifically related to that objective; and show the examination items that will be used to demonstrate that the learning objective has been achieved. Learning objectives must specify a measurable behavior that occurs in a specific setting with a specific level of accuracy.

*Example of Learning Objective: After completing this activity, the participant will be able to* demonstrate knowledge of the signs and symptoms of anaphylactic shock on a written examination with an accuracy of 80%

**Note:** No more than 50% of the items on the exam as a whole for this topic may require a simple rote memory answer; at least 50% of the items must require the participant to apply, analyze, synthesize or make an evaluation based on the learning objective. **A participant may not be issued a certificate of completion until each learning objective for this topic has been achieved at the accuracy specified in the objective.**

Repeat the sequence below for every learning objective in the topic.

---

**Learning Objective:**

**# 1 - Describe what bloodborne pathogens are on a written exam with an accuracy of at least 75%.**

---

**Instructional Content**
Show the specific instructional content for this learning objective below.

See the following course content area(s):

Lesson 1 Key Terms
Lesson 2 Extent of the Problem

---

**Exam items**
List the exam items you will use to allow participants to demonstrate mastery of this objective (Refer to CECBEMS Item Writing Standards available at www.cecbems.org).

1. The two bloodborne viruses that currently have no cure are the

    a) Hepatitis B and C viruses.
    b) **HIV and the Hepatitis C viruses.**
    c) HIV and the Hepatitis B viruses.
    d) Meningitis and Tuberculosis viruses.

Correct Answer: B

2. A patient is suffering from Hepatitis In this case, the organ that will most likely be affected is the

Appendix

a) lung.
b) **liver.**
c) heart.
d) brain.

Correct Answer: B

3. A patient is in the final stages of HIV. With such a patient, special care should be taken to protect his or her

a) liver.
b) heart.
c) **immune system.**
d) nervous system.

Correct Answer: C

4. Injuries from contaminated needles and other sharps have been associated with an increased risk of disease from _____ infectious agents.

a) three
b) almost 10
c) **more than 20**
d) an unknown number of

Correct Answer: C

---

What percentage of these items must be answered correctly to demonstrate success in this learning objective? Justify a percentage of less than 70%. **75%**

---

List the reference(s) used to support the content in this learning objective. **Specify:** Author, Title of book or journal, edition, date/year of publication, page numbers. **NOTE:** references must appear as footnotes or endnotes within the topic content.

U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health (NIOSH), Worker Health Chartbook 2004, NIOSH Publication No. 2004-146.

U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Occupational Exposure to Bloodborne Pathogens; Needlestick and Other Sharps Injuries; Final Rule. - 66:5317-5325, 2001.

U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Bloodborne Pathogens Standard, 29 CFR 1910.1030 (Dec. 1991).

Appendix



Reviewer's Comments

Is the learning objective appropriate for this activity and audience?

Does the instructional content provide adequate and appropriate information to the participant to support the learning objective?

Do the exam items adequately cover the instructional content presented for this objective

Do the items test the behavior designated in the objective?

Are the references listed appropriate for the topic content?

Are the references current and credible?

Are the references listed appropriately in the text of the content?

**Learning Objective:**

**# 2 - Describe what OSHA's requirements are for protecting workers from infection on a written exam with an accuracy of at least 75%.**

**Instructional Content**
Show the specific instructional content for this learning objective below.

See the following course content area(s):

Lesson 3 The OSHA Standard

Appendix

---

**Exam items**
List the exam items you will use to allow participants to demonstrate mastery of this objective
(Refer to CECBEMS Item Writing Standards available at www.cecbems.org).

5. Which federal government organization is responsible for implementing the bloodborne
pathogen standard?

    a) Food and Drug Administration (FDA)
    b) Equal Employment Department (EED)
    c) Department of Toxic Substances Control (DTSC)
    **d) Occupational Safety and Health Administration (OSHA)**

Correct Answer: D

6. While cleaning up at work, you accidentally knock over a glass. According to the BBP
Standard, when cleaning it up you should

    a) notify a supervisor.
    b) wear thick safety gloves.
    **c) use a brush and dust pan, tongs, or forceps.**
    d) submit samples of the glass to a lab for testing.

Correct Answer: C

7. Annual training should also be conducted at the time of initial work assignment and whenever

    **a) changes affect your exposure (e.g. new work procedures).**
    b) a new supervisor is hired who has a new training technique.
    c) employees return to work after an absence of one month or longer.
    d) an accident occurs due to an on-the-job mistake committed by an employee.

Correct Answer: A

8. You need to find out what procedures and safety precautions to follow in your workplace.
What is the name of the document you should look for that would BEST provide information
specific to your job activities?

    a) The Sharps Injury Log
    **b) The Exposure Control Plan**
    c) The Universal Precautions Log
    d) The OSHA Bloodborne Pathogen Standard

Correct Answer: B

---

What percentage of these items must be answered correctly to demonstrate success in this
learning objective? Justify a percentage of less than 70%.  **75%**

Appendix

List the reference(s) used to support the content in this learning objective. **Specify**: Author, Title of book or journal, edition, date/year of publication, page numbers. **NOTE:** references must appear as footnotes or endnotes within the topic content.

U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health (NIOSH), Worker Health Chartbook 2004, NIOSH Publication No. 2004-146.

U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Occupational Exposure to Bloodborne Pathogens; Needlestick and Other Sharps Injuries; Final Rule. - 66:5317-5325, 2001.

U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Bloodborne Pathogens Standard, 29 CFR 1910.1030 (Dec. 1991).

Reviewer's Comments

Is the learning objective appropriate for this activity and audience?

Does the instructional content provide adequate and appropriate information to the participant to support the learning objective?

Do the exam items adequately cover the instructional content presented for this objective

Do the items test the behavior designated in the objective?

Are the references listed appropriate for the topic content?

Are the references current and credible?

Are the references listed appropriately in the text of the content?

Appendix



---

**Learning Objective:**

# 3 - Explain how bloodborne pathogens are spread on a written exam with an accuracy of at least 75%.

---

**Instructional Content**
Show the specific instructional content for this learning objective below.

See the following course content area(s):

Lesson 4 Routes of Entry
Lesson 5 Bloodborne Diseases of Concern
Lesson 6 Hepatitis B Virus (HBV)
Lesson 7 Hepatitis C Virus (HCV)
Lesson 8 Human Immunodeficiency Virus (HIV)
Lesson 9 Other Infectious Diseases of Concern

---

**Exam items**
List the exam items you will use to allow participants to demonstrate mastery of this objective (Refer to CECBEMS Item Writing Standards available at www.cecbems.org).

9. In which of the following situations would you run the greatest risk of being infected by a bloodborne pathogen?

   a)  You eat food that hasn't been cleaned thoroughly.
   b)  You make skin-to-skin contact with an infected person.
   c)  You forget to wear a respirator when dealing with an infected patient.
   **d)  You cut your hand while extricating a bloodied vehicle accident trauma patient.**

Correct Answer: D

10. Many activities commonly performed by EMS personnel present a risk of acquiring an infectious bloodborne disease. Which of the following presents the highest risk of immediate infection?

   a)  Using a needleless device on a patient
   b)  Donning PPE and then cleaning up broken glass at work
   **c)  Wearing gloves with a tear while delivering a baby in the field**
   d)  Cutting your finger with a knife while slicing bread on lunch break

Correct Answer: C

Appendix

11. The most common route of entry for workers in the healthcare industry is

    a) breaks in the skin.
    **b) needlestick injuries.**
    c) mucous membranes.
    d) contaminated objects.

Correct Answer: B

12. In order for a person to become infected by a bloodborne pathogen, the worker must be susceptible to the pathogen, the pathogen must pass through an entry site, and

    **a) the pathogen must be present in a high enough concentration.**
    b) the pathogen must have been transmitted through a blood medium.
    c) the symptoms of infection have to present within the next 30 days.
    d) seroconversion tests of the infectious source must yield negative results.

Correct Answer: A

---

What percentage of these items must be answered correctly to demonstrate success in this learning objective? Justify a percentage of less than 70%. **75%**

---

List the reference(s) used to support the content in this learning objective. **Specify**: Author, Title of book or journal, edition, date/year of publication, page numbers. **NOTE**: references must appear as footnotes or endnotes within the topic content.

U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health (NIOSH), Worker Health Chartbook 2004, NIOSH Publication No. 2004-146.

U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Occupational Exposure to Bloodborne Pathogens; Needlestick and Other Sharps Injuries; Final Rule. - 66:5317-5325, 2001.

U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Bloodborne Pathogens Standard, 29 CFR 1910.1030 (Dec. 1991).

---

Reviewer's Comments

Is the learning objective appropriate for this activity and audience?


Does the instructional content provide adequate and appropriate information to the participant to support the learning objective?

Appendix

Do the exam items adequately cover the instructional content presented for this objective

Do the items test the behavior designated in the objective?

Are the references listed appropriate for the topic content?

Are the references current and credible?

Are the references listed appropriately in the text of the content?

**Learning Objective:**

**# 4 - Identify how to minimize exposure incidents on a written exam with an accuracy of at least 75%.**

**Instructional Content**
Show the specific instructional content for this learning objective below.

See the following course content area(s):

Lesson 10 Preventing Infection
Lesson 11 Exposure Control Plan
Lesson 12 Universal Precautions
Lesson 13 Minimizing On-the-Job Risks
Lesson 14 Personal Protective Equipment
Lesson 15 Disinfection & Disposal
Lesson 16 Vaccination
Lesson 17 Labeling
Lesson 18 Training

Appendix

**Exam items**
List the exam items you will use to allow participants to demonstrate mastery of this objective (Refer to CECBEMS Item Writing Standards available at www.cecbems.org).

13. Proper cleaning and decontamination are very important because _____ can survive on environment surfaces for a short period of time.

    **a)** **the Hepatitis B and C viruses**
    b) HIV and the Hepatitis C virus
    c) HIV and the Hepatitis B virus
    d) Meningitis and Tuberculosis viruses

Correct Answer: A

14. Your fire chief has undertaken an initiative to create a safer work environment for all EMS personnel. He has appointed you as head of a task force to devise strategies to minimize exposure to bloodborne infectious diseases. The chief asks you to submit a list of recommendations, and select one of the recommendations as a top priority safety strategy. Based on studies of best practices at other workplaces, which of the following should you recommend as the top priority?

    **a)** **Use safer needlestick devices.**
    b) Provide more in-depth training on BBP routes of entry.
    c) Buy new personal protective equipment, especially gloves.
    d) Mandate a buddy system for all personnel when performing risky procedures.

Correct Answer: A

15. Proper housekeeping to minimize the risk of infection involves decontaminating work surfaces and equipment, safely disposing sharps, and

    a) studying the Exposure Control Plan.
    b) replacing all work clothes periodically.
    **c)** **inspecting and decontaminating containers that may be reused.**
    d) washing all personal protective equipment by hand with soap and water.

Correct Answer: C

16. Your supervisor has asked you and your co-workers to help come up with some strategies to minimize workplace exposures to bloodborne pathogens. She assigns each person a different area of concentration, and you are asked to focus on Work Practice Controls. Of the following strategies, which should you suggest?

    a) Replace needles with new needleless devices.
    **b)** **Prohibit recapping of needles by a two-handed technique.**
    c) Install safer, self-closing lids on all sharps disposal containers.
    d) Require personnel to reread the workplace Exposure Control Plan.

Correct Answer: B

Appendix

What percentage of these items must be answered correctly to demonstrate success in this learning objective? Justify a percentage of less than 70%.  **75%**

List the reference(s) used to support the content in this learning objective. **Specify**: Author, Title of book or journal, edition, date/year of publication, page numbers. **NOTE:** references must appear as footnotes or endnotes within the topic content.

U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health (NIOSH), Worker Health Chartbook 2004, NIOSH Publication No. 2004-146.

U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Occupational Exposure to Bloodborne Pathogens; Needlestick and Other Sharps Injuries; Final Rule. - 66:5317-5325, 2001.

U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Bloodborne Pathogens Standard, 29 CFR 1910.1030 (Dec. 1991).

Reviewer's Comments

Is the learning objective appropriate for this activity and audience?

Does the instructional content provide adequate and appropriate information to the participant to support the learning objective?

Do the exam items adequately cover the instructional content presented for this objective

Do the items test the behavior designated in the objective?

Are the references listed appropriate for the topic content?

Are the references current and credible?

Appendix

Are the references listed appropriately in the text of the content?

**Learning Objective:**

# 5 - Explain what to do after an exposure incident on a written exam with an accuracy of at least 75%.

**Instructional Content**
Show the specific instructional content for this learning objective below.

See the following course content area(s):

Lesson 19 Post-Exposure Prophylaxis
Lesson 20 Post-Exposure Responsibilities
Lesson 21 Documentation

**Exam items**
List the exam items you will use to allow participants to demonstrate mastery of this objective (Refer to CECBEMS Item Writing Standards available at www.cecbems.org).

17. According to the course, employers are required to maintain a sharps injury log in a manner that

    a) **protects the confidentiality of injured employees.**
    b) shows they are competent in overseeing their employees.
    c) ensures the log can be read clearly and easily by any employee.
    d) shows they took immediate action following an exposure incident.

Correct Answer: A

18. After delivering a trauma victim to the hospital, you find that blood has soaked through your pants and may have penetrated a cut on your knee. You know the patient was HIV-positive, and you need to have a lab test done. Who should pay for this lab test?

    a) You
    b) The lab
    c) **Your employer**
    d) The patient's insurance

Correct Answer: C

Appendix

19. Out in the field, you get blood on your hands and need to wash up. There is no running water nearby. Of the following options, which is the BEST thing to do (as recommended in the course)?

    a)  Wait until you get to the station to wash up.
    **b)  Use an antiseptic hand cleaner and paper towel.**
    c)  Use your saliva to wet a cotton ball and wipe off the blood.
    d)  Stop at the next gas station and go into the bathroom and clean up.

Correct Answer: B

20. After being exposed to possible HBV infection, a person who has not been vaccinated should be vaccinated at the most within _____ hours.

    **a)  24**
    b)  48
    c)  72
    d)  96

Correct Answer: A

---

What percentage of these items must be answered correctly to demonstrate success in this learning objective? Justify a percentage of less than 70%.  <u>**75%**</u>

---

List the reference(s) used to support the content in this learning objective. **Specify:** Author, Title of book or journal, edition, date/year of publication, page numbers. **NOTE:** references must appear as footnotes or endnotes within the topic content.

U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health (NIOSH), Worker Health Chartbook 2004, NIOSH Publication No. 2004-146.

U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Occupational Exposure to Bloodborne Pathogens; Needlestick and Other Sharps Injuries; Final Rule. - 66:5317-5325, 2001.

U.S. Department of Labor, Occupational Safety and Health Administration (OSHA), Bloodborne Pathogens Standard, 29 CFR 1910.1030 (Dec. 1991).

---

Reviewer's Comments

Is the learning objective appropriate for this activity and audience?


Does the instructional content provide adequate and appropriate information to the participant to support the learning objective?

Appendix

Do the exam items adequately cover the instructional content presented for this objective

Do the items test the behavior designated in the objective?

Are the references listed appropriate for the topic content?

Are the references current and credible?

Are the references listed appropriately in the text of the content?

**The Exam for this Topic as a Whole**

What is the cutoff score for the all of the items that comprise the exam for this topic? Justify a cutoff score of less than 70%. **75%**

Reviewer's Comments:

Does an appropriate number of the items that comprise the exam for this topic require a thinking skill higher than rote-memory recall of specific facts stated in the lesson?

Is the cut-off score for the exam as a whole appropriate?

If an explanation is provided for a cutoff score of less than 70%, do you feel that the rationale is reasonable?

Appendix

## Section XII – Explanation of Interaction with Participants

Because this is a distributed learning activity (participants, instructor, and materials may not be at the same location) you must provide technical support to instructors and users to adequately participate in the activity. You must also provide a mechanism for participants to ask items and receive feedback, or clarification for all course content and examinations in a timely manner.

A.    Describe how participants will interact with an instructor or teaching assistant to ask questions and receive answers

  1.    About activity content during the activity

The TargetSafety system does not include a feature for synchronous communication with the instructor; however, it does include two mechanisms for asking questions related to the course content. The Ask a Question feature is available on every screen and allows users to submit questions via e-mail while taking a course. When an entire organization is using the system, these questions are forwarded directly to the training officer. When an individual registers with the site, these questions are forwarded to the TargetSafety content team and responded to within 48 hours. In addition, users may submit specific feedback via the course evaluation at the end of the course (see below).

  2.    About examination results within 48 hours,

Exams are completed online and scores are calculated immediately upon completion of the exam. The final score, as well as a detailed reporting of which questions were answered incorrectly, appears as soon as the exam is submitted. Users who have additional questions regarding the exam can use the course evaluation form to submit feedback and ask questions about the exam. Questions regarding the exam materials are answered via e-mail by the TargetSafety content team within 48 hours.

  3.    About activity content and examination results for a period of 30 days after the activity is completed:

Users may provide feedback and ask questions immediately upon completing the course using the course evaluation form. In addition, TargetSafety offers 24-hour-a-day customer support via telephone should additional questions come up after a course is completed and the evaluation submitted. Inquiries regarding course content are generally answered within 48 hours.

B.   Describe your method to provide appropriate synchronous and/or asynchronous technical support for all hardware and software you provide to instructors and students to participate in this activity.

TargetSafety does not provide any hardware or software in support of this activity. We offer 24-hour-a-day customer service via telephone and e-mail to support users with any technical problems they may encounter on our website.

Appendix

> **C.**    Explain how you will store and protect all attendance or participation records, test scores, and other evaluation materials so that administrators, instructors or participants can access activity records for a period of 5 years after the conclusion of the activity. If you have a contractual arrangement to support long-term data access you must specify that arrangement in Section V.
>
> Our organization has a policy of retaining training records for 20 years, where the last 5 years are retained online and any older records are stored off-line and are available by request. The records are stored in a web accessible highly redundant database system. Students securely login and access only their own records. Administrators securely login and access only the records of students that are under their supervision. Every course taken has an unchangeable record of the date completed, time in course content, and test score.

> **Reviewer's Comments:**
> Is there a mechanism whereby a participant can question and receive an explanation regarding topic content. Is this mechanism appropriate and easy to access? Is the response timely?
>
> Is there a mechanism whereby a participant can question and receive an explanation regarding examination performance. Is this mechanism appropriate and easy to access? Is the response timely?
>
> Is the strategy to protect and provide data access to administrators, instructors, and participants satisfactory? Does this strategy provide for a 5 year access period after activity completion?

**Evaluation**

**Section XIII - Explanation of Post-Program Evaluation Process**
Include as **Attachment E** the evaluation instrument that the participant will fill out after completing the topic.

> Describe how information gathered from the evaluation will be used to improve this activity.
>
> In order to obtain a certificate of completion, users must complete an online course evaluation form (see attached evaluation form). Course evaluations are used to improve course materials in several ways. All course evaluations that include comments are routed via e-mail to the content department for review. Issues concerning the correctness of the course materials or questions about using the system are resolved and responded to within 48 hours. Additional comments related to improving the content (i.e. suggestions for improvement, topics for inclusion, etc.) are filed by topic and incorporated during an annual review of the course materials.

Appendix

Note: You must submit a summary of participant evaluations along with a list of
participant names and appropriate fees at least quarterly.

Reviewer's Comments
Does the evaluation allow for measurable responses?


Does the evaluation provide for constructive feedback?


Does the plan for using information gained from participant evaluations provide for appropriate
improvement?


Reviewer's Comments :

□        I recommend approval of this topic.

□        The following items must be addressed before I recommend approval of this topic

Appendix

## Section XIV—Attesting Statement

To the best of my ability and knowledge, all the statements contained in this application are true and accurately represent the proposed continuing education activity.

*Laura M Boce*                                            April 23, 2007

_____         _____
Activity Coordinator Signature                              Date
(Insert an electronic version of your personal signature or sign and fax to 972.716.2007.)

## Section XV--Assurances and Certifications

### (This signature page has been signed and mailed with the check.)

The sponsoring institution, organization, agency, association, corporation, hospital, or other appropriate CE provider identified below (hereafter called the "activity sponsor") certifies and assures that the continuing education activity for which it seeks approval of Continuing Education Hours from the Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS) will be offered in compliance with each of the following requirements. See the appendix of this application for the Policy for the Denial, Suspension, or Revocation f CECBEMS Accreditation.

1.    The activity sponsor will not discriminate (in regard to recruitment for, enrollment in, attendance at, participation in, or completion of the continuing education activity) against any individual on the basis of gender, religion, race, nationality, disability or sexual preference.

2.    The activity sponsor will organize and operate each continuing education activity in a manner that assures that:
   a.    The facility or facilities used provide adequate instructional space, restrooms, and common areas for the numbers of individuals expected to be involved in the activity:
   b.    The facility or facilities used have adequate environmental controls to provide effective heating, air conditioning, and air handling, as necessary and appropriate to maintain participant comfort and safety;
   c.    The facility or facilities used provide adequate and appropriate access for individuals with disabilities;
   d.    The facility is designed and configured to provide an effective instructional environment for the continuing education activity to be presented; and,
   e.    The procedures used in and supervision of the continuing education activity are adequate and appropriate to provide a reasonable level of personal safety for all individuals involved in the activity.

3.    The activity sponsor understands that the fees submitted for review are not refundable if the program is not approved. Fees are not submitted for approval of programs; they are submitted for the review process.

4.    The activity sponsor understands that revocation of approval may result if the applicant fails to comply with CECBEMS policies and procedures. The following are examples, but not an inclusive list, of failure to comply with CECBEMS policies and procedures:
   a.    Failure to submit a list of participants in the required format, by the required deadline and with all required information , a summary of participant evaluations, and/or failure to pay the appropriate fees.
   b.    Failure to make required revisions in an activity before it is distributed.
   c.    Failure to provide CECBEMS with information necessary for CECBEMS to perform a random audit.

Appendix

    d.      Failure to restrict statements about CECBEMS approval to those statements specifically designated by CECBEMS.

5.      The activity sponsor understands that intellectual property rights issues are the sole responsibility of the applicant.

Signed this _____ day of _____, _____.

on behalf of _____
               Name of CE Activity Sponsor from Section II

By:      _____
             Name
(Insert an electronic version of your personal signature or sign and fax to 972.716.2007.)

            _____
             Title

**(This signature page has been signed and mailed with the check.)**

**Attachment A
Letter of Support**



**TargetSafety**

December 19, 2006

Ms. Liz Sibley
Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS)
5111 Mill Run Road
Dallas, Texas 75244

**Subject: Letter of Support**

Dear Ms. Sibley,

TargetSafety has a long-term commitment to providing affordable, high-quality, technology-based tools and training to help organizations maintain compliance and reduce the risk of workplace injuries. To that end, TargetSafety maintains a strategic partnership with the National Fire Protection Association (NFPA). We are dedicated to ensuring that our content meets the training needs of the fire and healthcare industries and have recently expanded our course offerings for Emergency Medical Service personnel.

TargetSafety is committed to ensuring the continued success of the EMS program and believe that accreditation through your organization will allow our company to further realize this objective. For this reason, we are pleased to submit this Application for Approval of a Distributed Learning Activity for your review.

Our EMS catalog has been developed according to the objectives of the DOT National Standard Curricula and in coordination with several of our EMS clients. In fact, many of our courses are based on presentations and course materials our clients have used to conduct instructor-led training. Our staff includes professionals with extensive experience in the delivery of health and safety training, as well as the use of technology to enhance learning. We also maintain a contract with a medical director who has extensive experience in emergency medicine and has assumed the responsibility of reviewing all of our content for relevance and technical accuracy.

Thank you for taking the time to review our information. We believe that our course materials will provide solid, relevant continuing education content to Emergency Medical Service personnel. Please let me know if there is anything more I can do to support your decision process. I look forward to working with you on this valuable and important project.

Sincerely,

Bruce Kaechele
President & CEO
TargetSafety, Inc.



January 25, 2007

Ms. Liz Sibley
Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS)
5111 Mill Run Road
Dallas, Texas 75244

**Subject: Review and Approval of TargetSafety Courses**

Dear Ms. Sibley,

As medical director for TargetSafety's EMS Series courses, I have reviewed and approved the content for the following topics:

- Health & Wellness
- Diet & Nutrition
- Back Injury Prevention
- Workplace Stress
- Infectious Disease Control
- Medical, Ethical, and Legal Issues
- HIPAA Awareness
- Protecting Yourself from Influenza
- HIV/AIDS Awareness
- Respiratory System A&P Review
- Airway Management Basic
- Airway Management Advanced
- Patient Assessment Basic
- Patient Assessment Advanced
- Communication and Documentation
- Respiratory Emergencies Basic
- Respiratory Emergencies Advanced
- Pharmacology Basic
- Pharmacology Advanced
- Cardiac Emergencies Basic
- Cardiac Emergencies Advanced
- Altered Mental Status
- Poisoning and Overdose Basic
- Environmental Emergencies Basic
- Environmental Emergencies Advanced
- Behavioral Emergencies Basic
- Behavioral Emergencies Advanced
- Non-Traumatic Abdominal Injuries
- Allergies and Anaphylaxis Basic
- Allergies and Anaphylaxis Advanced
- Bleeding and Shock Basic
- Bleeding and Shock Advanced
- Burn Management Basic
- Burn Management Advanced
- Musculoskeletal Injuries Basic
- Musculoskeletal Injuries Advanced
- Head and Facial Injuries Advanced
- CNS Injuries Basic
- CNS Injuries Advanced
- Thoracic Emergencies Advanced
- Obstetrical Emergencies Basic
- Obstetrical Emergencies Advanced
- Neonatology Advanced
- Pediatric Emergencies Basic
- Pediatric Emergencies Advanced
- Geriatric Emergencies
- Patients with Special Challenges
- Driving Safety
- Introduction to Hazardous Materials
- Hazard Communication
- Confined-Space Entry
- Emergency Response to Terrorism
- Managing Multiple Casualty Incidents

Thank you for taking the time to review our information. We believe that our course materials will provide solid, relevant continuing education content to Emergency Medical Service personnel. Please let me know if there is anything more I can do to support your decision process.



Sincerely,

Robert F. Kiely, M.D.
Medical Director

**Attachment B**
**CVs**

CURRICULUM VITAE
OF
ROBERT F. KIELY, M.D.

Birthplace: Bluefield, West Virginia

Home Address: 195 St. George Court
Jacksonville Beach, FL 32250

Professional Address and
Present Employment:
Kiely, Jeremiah, Barberis, P.A., Inc., President
Medical Director / Practicing Physician of
Lakewood and Arlington Acute Care Center
5978 Powers Avenue
Jacksonville, Florida 32217
July 1981-present

Jacksonville Fire Department
Medical Director
Fire/Rescue Division
515 N. Julia Street
Jacksonville, Florida 32202-4128
October 1982-present

Jacksonville Sheriff's Office
Reserve Officer
SWAT Team Division
Medical Director and SWAT Team Member
December 2003-present

Undergraduate Education: University of Alabama
Tuscaloosa, Alabama
September 1970-June 1971

Florida State University
Tallahassee, Florida
September 1971-June 1975
Bachelor of Science (B.S.)

Medical Education: University of Florida
College of Medicine
Gainesville, Florida
June 1975-June 1978
Doctor of Medicine (M.D.)

Postgraduate Education:           Resident in Emergency Medicine
Medical College of Pennsylvania
July 1, 1978-June 30, 1979

Resident in Emergency Medicine
University of Florida
University Medical Center
July 1, 1979-June 30, 1981

Chief Resident of the Emergency Department
University of Florida
University Medical Center
July 1, 1980-June 30, 1981

Awards:                     Lange Award-Outstanding Medical Student
University of Florida, College of Medicine
1977

Jacksonville Fire/ Rescue Exceptional Service
Award June 1991

Professional Membership:   Duval County Medical Society
Florida Medical Association
American College of Emergency Physicians
FACEP, FAEMSMD
Past President: Florida Association of
  EMS Medical Directors

Continuing Education:        1) The COLA Guide to Quality Assurance
2) College of American Pathologists June 21, 1993
     (receiving nine (9) credit hours)
3) QC Labwork by Dr. Baer and Dr. Belsey-reviewed
4) BLS, ACLS, & ATLS Certified
5) ACEP Educational Units
6) Mandated COLA
7) Risk Management, Medical Errors
8) AIDS, Domestic Violence, Medical Ethics,
     and Cultural Diversity

Previous Practice:                Chairman, Department of Emergency Medicine
                                  Memorial Medical Center of Jacksonville (MMCJ)
                                  1981-1987

                                  Chairman Disaster Committee MMCJ
                                  1981-1987

                                  Co-Chairman Trauma Committee MMCJ
                                  1981-1987

                                  Chairman Education Committee MMCJ
                                  1981-1985

                                  Chairman of Emergency Department
                                  Jacksonville Medical Center
                                  1988-1991

                                  St. Vincent's Medical Center
                                  Emergency Department
                                  1989-1992

                                  Riverside Hospital
                                  Emergency Department
                                  1988-1992

# CONSULTING AGREEMENT

This Consulting Agreement (this "Agreement") is entered into as of December 31, 2005, by and between TargetSafety.com, Inc. ("TSC"), and Robert F. Kiely, M.D. ("Consultant").

## RECITALS

1.    Consultant has expertise in the area of TSC's business and is willing to provide consulting services to TSC.

2.    TSC is willing to engage Consultant as an independent contractor, and not as an employee, on the terms and conditions set forth herein.

## AGREEMENT

In consideration of the foregoing and of the mutual promises set forth herein, and intending to be legally bound, the parties hereto agree as follows:

1.    Engagement.

(a) TSC hereby engages Consultant to render, as an independent contractor, the consulting services described in Exhibit A hereto and such other services as may be agreed to in writing by TSC and Consultant from time to time.  Consultant will report directly to Jon Handy who will provide overall project supervision.

(b) Consultant hereby accepts the engagement to provide consulting services to TSC on the terms and conditions set forth herein.

2.    Term.  This Agreement will commence on the date first written above, and unless modified by the mutual written agreement of the parties, shall continue until December 31, 2008 unless terminated by either party.  TSC or consultant may terminate this Agreement upon 7 days written notice, and such notice may be via email electronic transmission.  Sections 5, 6, and 8 will survive this agreement and continue in force for the term stated in each Section.

3.    Compensation.

(a) In consideration of the services to be performed by Consultant, TSC agrees to pay Consultant in the manner and at the rates set forth in Exhibit A.

(b) Out of pocket expenses incurred by Consultant that are authorized by TSC in advance in writing shall be reimbursed by TSC to Consultant.

4.    Consultant's Business Activities.

Form 10-5

1

(a) During the term of this Agreement, Consultant will engage in no business or other activities, which are or may be, directly or indirectly, competitive with the business activities of TSC without obtaining the prior written consent of TSC.

(b) Consultant shall devote such time, attention and energy to the consulting services for TSC achieve its target time frames for submission of training courses for certification in Florida.

(c) Consultant shall keep and periodically provide to TSC a log describing the work activities and hours of Consultant.

5.    Confidential Information and Assignments.

(a) Consultant recognizes and acknowledges that TargetSafety.com's systems, including specifications, programs and documentation, the methods and data which TSC owns, plans or develops, whether for its own use or for use by its clients, developments, designs, inventions and improvements, trade secrets and works of authorship are confidential and are the property of TSC. Consultant also recognizes that the TSC's customer lists, supplier lists, proposals and procedures are confidential and are the property of TSC. Consultant further recognizes and acknowledges that in order to enable TSC to perform services for its clients, those clients may furnish to TSC confidential information concerning their business affairs, property, methods of operation or other data; that the goodwill afforded to TSC depends upon, among other things, TargetSafety.com and its consultants keeping such services and information confidential. All of these materials and information including that relating to TSC's systems and TSC's clients, will be referred to below as "Proprietary Information."

(b) Consultant agrees that, except as directed by TSC, and in the ordinary course of TSC's business, Consultant will not at any time, whether during or after the agreement with TSC, disclose to any person or use, directly or indirectly, for Consultant's own benefit or the benefit of others, any Proprietary Information, or permit any person to examine or make copies of any documents which may contain or is derived from Proprietary Information, whether prepared by Consultant or otherwise coming into Consultant's possession or control. Consultant agrees that the provisions of Section 5 shall survive the termination of this Agreement for two years.

6.    Interference with TSC's Business.   Notwithstanding any other provision of this Agreement, and to the fullest extent permitted by law, for a period of two years after termination of this Agreement, Consultant shall not, directly or indirectly, solicit any clients or customers of TSC to provide services similar to those provided to TSC or competitive with those provided by TSC. Consultant agrees that such solicitation would necessarily involve disclosure or use of confidential information in breach of the Confidential Information and Invention Assignment Agreement.

7.    Representations and Warranties.   Consultant represents and warrants (i) that Consultant has no obligations, legal or otherwise, inconsistent with the terms of this Agreement or with Consultant's undertaking this relationship with TSC, (ii) that the performance of the services called for by this Agreement do not and will not violate any applicable law, rule or

regulation or any proprietary or other right of any third party, (iii) that Consultant will not use in the performance of his responsibilities under this Agreement any confidential information or trade secrets of any other person or entity and (iv) that Consultant has not entered into or will enter into any agreement (whether oral or written) in conflict with this Agreement.

8.    Indemnification.  Consultant hereby indemnifies and agrees to defend and hold harmless TSC from and against any and all claims, demands and actions, and any liabilities, damages or expenses resulting therefrom, including court costs and reasonable attorneys' fees, arising out of or relating to the services performed by Consultant under this Agreement or the representations and warranties made by Consultant pursuant to paragraph 7 hereof. Consultant's obligations under this paragraph 8 hereof shall survive the termination, for any reason, of this Agreement for a period of two years.

9.    Attorney's Fees.  Should either party hereto, or any heir, personal representative, successor or assign of either party hereto, resort to litigation to enforce this Agreement, the party or parties prevailing in such litigation shall be entitled, in addition to such other relief as may be granted, to recover its or their reasonable attorneys' fees and costs in such litigation from the party or parties against whom enforcement was sought.

10.    Entire Agreement.  This Agreement contains the entire understanding and agreement between the parties hereto with respect to its subject matter and supersedes any prior or contemporaneous written or oral agreements, representations or warranties between them respecting the subject matter hereof.

11.    Amendment.  This Agreement may be amended only by a writing signed by Consultant and by a representative of TSC duly authorized.

12.    Severability.  If any term, provision, covenant or condition of this Agreement, or the application thereof to any person, place or circumstance, shall be held by a court of competent jurisdiction to be invalid, unenforceable or void, the remainder of this Agreement and such term, provision, covenant or condition as applied to other persons, places and circumstances shall remain in full force and effect.

13.    Rights Cumulative.  The rights and remedies provided by this Agreement are cumulative, and the exercise of any right or remedy by either party hereto (or by its successors), whether pursuant to this Agreement, to any other agreement, or to law, shall not preclude or waive its right to exercise any or all other rights and remedies.

14.    Nonwaiver.  No failure or neglect of either party hereto in any instance to exercise any right, power or privilege hereunder or under law shall constitute a waiver of any other right, power or privilege or of the same right, power or privilege in any other instance. All waivers by either party hereto must be contained in a written instrument signed by the party to be charged and, in the case of TSC, by an executive officer of TSC or other person duly authorized by TSC.

15.    Remedy for Breach.  The parties hereto agree that, in the event of breach or threatened breach of this Agreement, the damage or imminent damage to the value and the goodwill of TSC's business will be inestimable, and that therefore any remedy at law or in damages shall be inadequate. Accordingly, the parties hereto agree that TSC shall be entitled to

injunctive relief against Consultant in the event of any breach or threatened breach by Consultant, in addition to any other relief (including damages and the right of TSC to stop payments hereunder which is hereby granted) available to TSC under this Agreement or under law.

16.    Agreement to Perform Necessary Acts.  Consultant agrees to perform any further acts and execute and deliver any documents that may be reasonably necessary for TSC to gain approval of its courses in the State of Florida.

17.    Assignment.  Consultant may not assign this Agreement without TSC's prior written consent.  This Agreement may be assigned by TSC in connection with a merger or sale of all or substantially all of its assets, and in other instances with the Consultant's consent which consent shall not be unreasonably withheld or delayed.

18.    Compliance with Law.  In connection with his services rendered hereunder, Consultant agrees to abide by all federal, state, and local laws, ordinances and regulations.

19.    Independent Contractor.  The relationship between Consultant and TSC is that of independent contractor under a "work for hire" arrangement.  All work product developed by Consultant shall be deemed owned and assigned to TSC.  This Agreement is not authority for Consultant to act for TSC as its agent or make commitments for TSC.  Consultant will not be eligible for any employee benefits, nor will TSC make deductions from fees to the consultant for taxes, insurance, bonds or the like.  Consultant retains the discretion in performing the tasks assigned, within the scope of work specified.

20.    Taxes.  Consultant agrees to pay all appropriate local, state and federal taxes.

21.    Governing Law.  This Agreement shall be construed in accordance with, and all actions arising hereunder shall be governed by, the laws of the State of California.


TargetSafety.com                          Consultant:


By: _Bruce R. Kaechele_                   _Robert F. Kiely_
Name: Bruce Kaechele                      Robert F. Kiely, M.D.
       President and CEO

# Exhibit A

**Consulting Fee** – TSC will pay Consultant an hourly fee of $95.00 per hour for services, to be paid monthly. Consulting fees per course are limited to $190.00. Consultant will provide TSC with a timesheet by the 10th of each month for hours worked during the preceding month. TSC will provide a check to consultant within 10 day of receipt of the timesheet. Jon Handy will approve each Time sheet prior to submission. All other expenses must be pre-approved by TSC in writing.

**Services** – Consultant will provide the following services requested by TSC that include:

- Act as Medical Director for TargetSafety's EMS Series courses.

- Review TargetSafety's EMS Series courses for relevance and technical accuracy.

- Provide recommended improvements to TargetSafety in writing within an agreed upon timeframe.

## Randy Ballard
### Continuing Education Coordinator

Mr. Ballard is an emergency medical professional with over 30 years experience in the industry. He is a California Licensed Paramedic and serves as a Fire Captain with the San Diego Fire-Rescue Department. He has extensive experience with Emergency Response Units and as a Medical Services Coordinator both in the public sector and in private industry. Mr. Ballard also holds a California Community College Teaching Credential in Health Sciences. His experience in the classroom as an EMT Instructor, Master Instructor for the California Fire Service, and American Heart Association Instructor provide him unique insight into the challenges of delivering technical, medical education.

Mr. Ballard joined TargetSafety in June 2005 as the EMS Continuing Education Coordinator. His primary responsibility is to oversee the development of the EMS continuing education program to ensure the relevance and accuracy of the course content. In addition, Mr. Ballard is responsible for responding to student questions and recommending future enhancements to the program to ensure TargetSafety's EMS Continuing Education program meets the needs of emergency medical professionals now and in the future.

### Professional Experience

- 30 Years Emergency Medical Services Experience
- California Licensed Paramedic with County of San Diego Accreditation
    - Experience in Public Sector: San Diego Fire-Rescue Department
    - Experience in Private Sector: Bay Cities, Hartson, and Medevac Ambulance Services
- 6 Years San Diego Fire - Emergency Medical Services Administrative Staff Experience
- Fire Captain with the San Diego-Fire Rescue Department
    - Experience as Fire Captain on Emergency Response Units.
    - Experience as BLS & ALS First Responder Emergency
    - Experience as Medical Services Coordinator
    - Experience as Basic Life Support Coordinator
- Emergency Medical Services Coordinator
- Basic Fire Academy Lead EMT Instructor
- Fire Department EMT Training Instructor
- Fire Communications Center - System Status Controller
- Paramedic and EMT Supervisor
    - Public and Private Sector
- California Community College Teaching Credential – Health Sciences
- California Fires Service and Training Education System – Master Instructor
- California Fires Service and Training Education System – EMT Instructor
    - Experience as Primary Instructor for San Diego Fire-Rescue

Department
- In-Service Training Program
- Basic Fire Academy
  - American Heart Association – Basic Life Support Instructor
  - Experience as Advanced Cardiac Life Support Instructor
  - Experience as Pediatric Advanced Life Support Instructor
  - Experience as EMT Instructor for Miramar and Southwestern Colleges

## Current & Past Assignments with San Diego Fire

- Fire Company Officer
- Medical Operations Coordinator
- EMS Administrative Staff
- In-Service Training Instructor
- Infection Control Committee
- EMS  Equipment Committee
- SDFD Safety Committee
- Technical Advisor to San Diego Medical Services Enterprise – Leadership Team

## Past Professional Activity & Items of Distinction

- California State Fire Marshal EMS Advisory Committee
- County of San Diego, Emergency Medical Care Committee, Pre Hospital Sub-Committee
- Miramar College Community Advisory Board
- Federal Fire Department EMT Training Lead Instructor and EMS Liaison with SDFD
- Curriculum Development Task Force, County of San Diego and California State Fire Marshal
- EMT Instructor Southwestern College
- EMT-D Instructor Chula Vista Fire Department
- EMT-D Instructor San Onofre Fire Department
- EMT-D Instructor San Diego Fire-Rescue Department

## Professional Credentials

- Certified Fire Officer
- Certified Fire Fighter 2
- Certified Fire Instructor 3
- California Licensed Paramedic  / County of San Diego -  Accreditation
- Certified Emergency Medical Technician Instructor
- Community College Credential - Health and Physical Sciences
- Basic Life Support (CPR) – Instructor

**Education and Training**

- o Bachelor *Program* Vocational Education, *Pending (core curriculum completed),* San Diego State University
- o Associate of Science with Honors, Fire Science, Miramar College, San Diego
- o Master Instructor - California Fire Service Training and Education System
- o Leadership I - National Fire Academy
- o San Diego Professional Fire Officer Seminar Series, San Diego State University
- o Oil Fire School
- o Vehicle Fire Investigation
- o Fire Control 3 - Fire Behavior / Structural Attack
- o Railroad Emergency Response
- o Multi-Casualty Incident Command
- o Liquid Propane Gas - Fire Suppression
- o Wildland Safety & Survival

**Items of Recognition - San Diego Fire-Rescue Department**

- o Division Officer Citation: Awarded 3 Citations
- o Commendations: Awarded 11 Discretionary Leave Commendations
- o Appreciation / Merit: Awarded 25 Department Certificates / Letters of Appreciation

# Ted Cudal, M.S., MBA, CSP, CHMM, CHCM, CPEA

Mr. Cudal has over sixteen years of management and environmental health & safety training experience. He is Principal Owner of EnviroSafe Systems, a consulting firm that provides Environmental, Safety, and other regulatory consulting services. He is the former Director of the San Diego Regional Environmental Business Assistance Center (SD/REBRAC) and Director of Health and Safety for TargetSafety.com. He spent sixteen years in the Navy Reserve and is currently the Commanding Officer of an Ordnance Team at Naval Weapons Station Seal Beach. He holds the rank of Commander.

Mr. Cudal has a B.S. in Distributed Studies from Iowa State University, an M.S. in Environmental Management from West Coast University, an M.B.A. from National University, and is completing a Ph.D. in the Management of Engineering and Technology from Northcentral University.     He is Board certified by numerous professional organizations, mainly: Certified Safety Professional (CSP); Certified Hazardous Materials Manager (CHMM); Certified Hazard Control Manager (CHCM); Certified Professional Environmental Auditor (CPEA), Certified Indoor Air Quality Consultant (CIAQC), and ANSI-RAB certified as an Environmental Management Systems – Lead Auditor (ISO 14001). As a lead auditor, he has certified over 50 facilities to the ISO 14001 standard.

Mr. Cudal is an active professional and currently active in several organizations. He is the Vice President of the American Society of Safety Engineers (ASSE) San Diego Chapter, Treasurer of the San Diego Local Section of the American Industrial Hygiene Association (AIHA), and a member of the American Indoor Air Quality Council (AIAQC). He holds Adjunct Instructor positions at Southwestern College, Platt College and the University of Redlands.



# *TargetSafety.com*

## Ted Cudal

### CAREER SUMMARY

• Eleven years of engineering management experience, which includes six years experience as a United States Naval Officer managing personnel under demanding and challenging conditions.

• Instructed and developed courses for the San Diego State University Defense Conversion Program, Division of Occupational and Environmental Health.

### PROFESSIONAL EXPERIENCE

• Industrial Hygienist and Safety Professional: Conducted numerous environmental and safety audits of different SDG&E facilities, Written 12 Safety Standard Practice Programs adopted company wide. They include: the Ventilation Program, Chemical Hygiene Plan for SDG&E Laboratories, new 42 CFR Respiratory Guidelines, Hearing Conservation Program, and Safety Audit Program. Familiar with utility work practices and procedures.

• Adjunct Professor: Teach environmental management courses at the University of Redlands and Southwestern College. Guest lectured at National University for a Safety Management Class.

• Environmental Health and Safety Consultant / Trainer: Conducted ISO 14000 training with Emerson Electric for CEEM, Inc. which is affiliated with the British Standards Institute (BSI), Certified by the American National Standards Institute - Registrar Accreditation Board as an ISO 14000 Environmental Management Systems Lead Auditor.

• Conducted numerous accident investigations, and safety training presentations for managers and supervisors i.e., Hazard Communications, ergonomics, Personal Protective Equipment, lead and asbestos compliance monitoring, lock out / tag out, respirator training and fit testing, noise dosimetry, new product (MSDS) reviews, confined space, and ergonomic evaluations. Assisted in writing the Injury and Illness Prevention Plan (IIPP) and the Employee Safety Handbook.

• Developed and implemented all training materials and class schedules for the San Diego State University's Defense Conversion Training Program, Occupational and Environmental Health Division. This program re-trains laid-off defense industry personnel, Coordinate with placing Defense Conversion students for internships with local businesses.

•Indoor Air Consultant / Project Management, Conducted various indoor air monitoring projects forAvant Environmental Group. Monitored levels of CO, CO2, ventilation surveys, HVAC systeminspection, and fungal / bacterial organisms for a number of office buildings in the San Diego area.

•Industrial Hygiene Intern. Naval Medical Center, San Diego. Assisted with the monitoring of hazards from glutaraldehydes used in medical sterilization processes, certified sound booths, and conducted safety training, and ventilation surveys.

•Safety and Security Manager. Managed physical security, and Top Secret and Secret materials security for a government facility, Managed all hazardous materials training. This included ensuring all waste was properly stored, manifested, and MSDSs were properly recorded.

•Chief Engineer - USS Gridley (CG 21). Coordinated the work schedules for 124 engineers. This included the monitoring and repair of vital engineering systems, which required- time critical elements to ensure

proper quality assurance and completion within set deadlines.

•Conducted all training within an engineering department. This included the implementation of a department training plan, daily inspections and audits, accident/injury reporting, and annual training on over 30 engineering topics.

•Directed all engineering plant operations, maintenance, and inspections for a multi-million dollar steam plant, A team player, who can organize, motivate people, and perform under stressful conditions and achieve excellent results.
•Increased productivity and reduced work load by efficiently planning, evaluating, and correcting over 100 different work projects during an industrial overhaul. Formulated a plan that continually updated progress and completion times ahead of schedule.

•Managed an annual operating budget of over $1.2 million for maintenance and contract projects conducted for the engineering department.

• Performed successfully at various positions to include office manager, instructor, education officer, safety officer, and budget coordinator.

•Developed and oversaw a highly successful Electrical Safety Program which increased awareness and resulted in no injuries during a one year period.

### WORK HISTORY

| | |
|---|---|
| Aug 96 - Present | INDUSTRIAL HYGIENIST, San Diego Gas & electric, San Diego |
| Feb 99-Present | INSTRUCTOR / CONSULTANT, San Diego Safety Council, San Diego |
| April 99 - Present | ADJUNCT PROFESSOR, University of Redlands, San Diego & Temecula |
| Jan 98 –Present | ADJUNCT INSTRUCTOR, Southwestern College, Chula Vista . |
| Dec 96 - May 97 | INDUSTRIAL HYGIENE INTERN, Naval Medical Center, San Diego |
| Jan 96 - Aug 96 | INDOOR AIR CONSULTANT, Avant Environmental Group |
| Jan 95 -Feb 1997 | DEFENSE CONVERSION PROGRAM ASSISTANT COORDINATOR, San Diego State University |
| 1988-Oct 1994 | UNITED STATES NAVY (ACTIVE DUTY) |

POSITIONS HELD:

SECURITY OFFICER, Integrated Combat Systems Test Facility CHIEF ENGINEER, USS Gridley (CG 21) ASSISTANT ENGINEER, USS Gridley (CG 21) COMMUNICATIONS OFFICER, USS Flint (AE 32) SECOND DIVISION (DECK) OFFICER, USS Flint (AE 32) ELECTRICAL OFFICER, USS Flint (AE 32)

| | |
|---|---|
| 1985-1988 | SHIFT MANAGER, TACO BELL, Ames, IA |

### EDUCATION

**Formal Education:**
•Iowa State University, B.S. Distributed Studies, May 1988
•West Coast University, M.S. Environmental Management, March 1996
•National University, MBA, May 1999
•San Diego State University, M.S.P.H. Industrial Hygiene, May 2000
**Professional/Technical Training:**
•Surface Warfare Division Officer (Management) Course. 16 weeks. 1989
•Leadership, Management, Education, and Training Course. 1 week, 1989
•Steam Engineering Officer of the Watch Course. 12 weeks. 1989
•Engineering Programs, Inspections and Maintenance. 1 week. 1992

•Total Quality Leadership Training. 1 week. 1992
**Professional Certificates:**
•40-Hour OSHA Hazardous Waste Operations and Emergency Response Certificate
•8-Hour Refresher OSHA Hazardous Waste Operations and Emergency Response Certificate

### PROFESSIONAL CERTIFICATIONS / ORGANIZATIONS

•Certified Safety Professional (CSP - #15639)
•Certified Hazardous Materials Manager (CHMM - #8521)
•Certified Hazard Control Manager (CHCM • #2647)
•Certified Environmental Management Systems Lead Auditor (ANSI-RAB-#E052090)
•Professional Member of the American Society of Safety Engineers (ASSE)
•Member of the American Industrial Hygiene Association (AIHA)
•Member of the Academy of Certified Hazardous Materials Manager (ACHMM)
•Member of the San Diego Local Section of the American Society of Safety Engineers (ASSE)
•Member of the San Diego Local Section of the American Industrial Hygiene Association (AIHA)
        (Director of Professional Development • 1999)
        (President-Elect - 2000)
•Former Vice-President of the San Diego State University Student Chapter of the AIHA
•Member of Toastmaster International - Competent Toast Master (CTM) Certificate
•Member of the Naval Reserve Association
•Commissioned Officer in the United States Naval Reserve (Lieutenant Commander)

### SPECIAL QUALIFICATIONS
•Computer literate-Word, Access, Windows 98, Excel, Power Point, and IBM related systems.

### RESEARCH EXPERIENCE
•Thesis at West Coast University: Medical Waste, Siting Issues, and Risk Communication: A look at Kaiser Permanente's Proposed Plasma Energy Device
•Thesis at San Diego State University: Lead exposures involving lead-based paint abatement procedures

### REFERENCES: Available Upon Request

# Laura M. Boehm

## Education

*The George Washington University, 2003*
MA, Education and Human Development, Educational Technology Leadership

*Villanova University, 1995*
BA, Sociology
Completed Honors Curriculum
Nominated for All American Scholar Award

## Experience

**2004-Present**                                                                    **TargetSafety, Inc.**
*Content Director*
Ms. Green is responsible for the development, delivery, and maintenance of the company's training course materials. This includes program planning, development of new course content, updating and refreshing existing content for over 200 courses, and responding to client feedback. She has also been the driving force behind the development of TargetSafety's EMS-series catalog. Her responsibilities in this program include determining program requirements, coordinating with industry experts to ensure the product meets the needs of the end user, applying for required state certifications, and writing course content. In addition, Ms. Green is responsible for the content on the company's website, including determining the overall direction of the site, writing and editing content, and page layout and design.

**2002-2004 American Red Cross**
*Health and Safety Instructor/Per-Diem Workplace Instructor*
As a Health and Safety Instructor, Ms. Green lectures, facilitates discussion, and manages practical skill sessions in community classes and workplace safety classes on First Aid, Adult CPR, Infant and Child CPR, and AED use.

**2000-2004 MAXIM Systems, Inc.**
*Program Manager/Project Manager*
Managed and directed all computer-based training projects, technical documentation production, as well as commercial web-based gaming projects for MAXIM Systems. Under her supervision, her team successfully built computer-based training projects for the AN/WSC-8 Navy RF terminal, UHF 5Khz CSMA system, a comprehensive system overview for the Digital Modular Radio, International Maritime Satellite system (INMARSAT), Television Direct to Sailors (TV-DTS), and commercial projects for Honda Motor Company and the Got Milk? Ad campaign. As the project manager for each of these projects, she combined sound technical training with leading-edge interactivity presented in a contemporary style. Usability studies demonstrated that the training projects were not only much more enjoyable for the end users, but increased cognitive retention of the material by as much as 75% over traditional training methods.

Previously, she provided Acquisition Logistics support to the U.S. Navy where she was involved extensively in training development, including the performance of in-depth task analyses to determine manpower and training requirements, as well as research and program documentation.

**1999-2000 Advanced Communications Systems**
*Systems Analyst*
Provided Acquisition Logistics support to the Navy Satellite Communications Program Office where she became proficient in the technical and management support of programs including procurement planning, coordination and implementation of program data and all elements of

logistic support to include development and documentation of training, maintenance, and multimedia applications. Specific responsibilities included the performance of an in-depth task analyses to determine manpower and training requirements for a developing satellite communications program, creating and tracking a tailored risk assessment for an upcoming evaluation, and drafting a detailed acquisition support plan.

**1996-1999 United States Navy**
*Supply Officer, Assault Craft Unit One*
Managed a myriad of supply support functions, including the administration of a $1.5 million annual operating budget, the execution of over $500,000 in purchase requests, and inventory control of a 6,000 line item warehouse. Planned and executed an intensive configuration analysis program on board Navy craft to ensure adequate life cycle support. Managed and trained 18 inventory control and hazardous materials technicians on a day-to-day basis. Developed and delivered training on topics such as equal opportunity and sexual harassment as a member of the Command Training Team.

Collaterally, Ms. Green served as the unit public affairs officer. In that capacity, she coordinated a comprehensive public affairs program including the preparation of press releases, arrangement of command tours, and coordination of community service efforts.

- o Planned and executed every facet of Change of Command ceremonies in 1996 and 1998. Commended for impeccable organizational skills in coordinating the events.
- o Created and managed command public relations website.

**1995-1996 United States Navy**
*Student*
Attended Navy Supply Corps School where coursework included financial management, inventory control, retail operations, and leadership management. Graduated 6th in class of 90.

**1995 United States Navy**
*Administrative Support, Villanova NROTC*
Served as Naval liaison to Villanova University and the Philadelphia historical community during the preparation of an archival exhibit to celebrate Villanova University's rich naval heritage. Received high praise for professionalism and outstanding performance.

## Additional Information

Software Skills:

- o Microsoft Office Applications
- o Microsoft Project
- o Microsoft Front Page
- o Microsoft Publisher
- o Macromedia Flash, Dreamweaver, Fireworks
- o Cool Edit Pro
- o Adobe Acrobat

References available upon request.

**Attachment C**
**Sample Certificate of Completion**



**Attachment D**
**Marketing Materials**

# TargetSafety
# Online EMS Continuing Education

TargetSafety is in the process of developing a comprehensive EMS continuing education program. Our courses allow EMT Basic, Intermediate, Paramedic, ECA or First Responders to complete their continuing education requirements when and where they have time in an engaging easy-to-use format.

**Two year individual subscription with unlimited access to all courses for $164.95**

**For more information and to register please visit, www.targetsafety.com/fire/ems/**

**or call toll free 877.944.6372**

**TargetSafety, Inc.**
**10815 Rancho Bernardo Road, Suite 250**
**San Diego, CA 92127**



TargetSafety
Online Fire & EMS Training



Safety Training Partner
NFPA

# Course Catalog

The following course catalog currently in development. Courses will be rolled out over the next year as they are completed and approved by CECBEMS. New courses will automatically be added your library upon CECBEMS approval.



## Preparatory (hours)
Health and Wellness (1)
Diet and Nutrition (1)
**Back Injury Prevention (1)
**Workplace Stress (1)
**Infectious Disease Control (1)
**Medical, Ethical, and Legal Issues in Emergency Care (1)
**HIPAA Awareness (1)
**Protecting Yourself From Influenza (1)
**HIV Awareness (2)

## Trauma (hours)
Shock Basic (1)
Shock Advanced (1)
Burn Management Basic (1)
Burn Management Advanced (1)
Musculoskeletal Injuries Basic (1)
Musculoskeletal Injuries Advanced (1)
Head and Face Emergencies Advanced (1)
CNS Injuries Basic (1)
CNS Injuries Advanced (1)
Thoracic Emergencies Advanced (1)

## Medical (hours)
Respiratory Emergencies Basic (1)
Respiratory Emergencies Advanced (1)
Pharmacology Basic (1)
Pharmacology Advanced (1)
Cardiac Emergencies Basic (1)
Cardiac Emergencies Advanced (1)
**Altered Mental Status (1)
Poison and Overdose Basic (1)
**Environmental Emergencies Basic (1)
**Environmental Emergencies Advanced (1)
Behavioral Emergencies Basic (1)
Behavioral Emergencies Advanced (1)
Non-Traumatic Abdominal Injuries (1)
Allergies Basic (1)
Allergies Advanced (1)

## Airway (hours)
**Respiratory System: Anatomy and Physiology (1)
**Airway Management Basic (1)
**Airway Management Advanced (1)

## Patient Assessment (hours)
**Patient Assessment Basic (1)
**Patient Assessment Advanced (1)
Documentation and Communication (1)

## Special Considerations (hours)
**Obstetrical Emergencies Basic (1)
Obstetrical Emergencies Advanced (1)
Neonatology Advanced (2)
Pediatric Medical Emergencies Basic (2)
Pediatric Medical Emergencies Advanced (2)
**Geriatric Emergencies Advanced (1)
The Challenged Patient Advanced (1)

## Operations (hours)
**EMS Driving Safety (1)
Introduction to Hazardous Materials (2)
Hazard Communications (1)
Confined Space Entry (1)
Emergency Response to Terrorism (4)
Managing MCIs (1)



**Continuing Education Hours have been applied for through the Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS) for the courses marked with **.

# CECBEMS Infectious Disease Control

*This continuing education activity is approved by the Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS) or Continuing Education Hours have been applied for through the Continuing Education Coordinating Board for Emergency Medical Services (CECBEMS).*

**COURSE TITLE:** CECBEMS Infectious Disease Control

**CREDIT HOURS:** 1.0

**CATEGORY:** Operational

**OVERVIEW:** When providing emergency medical care, there is a strong possibility that you will contact blood and other bodily fluids. Exposure to such fluids or materials could result in transmission of any of over 20 infectious pathogens (viruses and bacteria), which can lead to disease or death. The particular pathogens of concern include the hepatitis B virus (HBV), the hepatitis C virus (HCV), and the human immunodeficiency virus (HIV). Since infection can occur from a single exposure incident, you must take precautions to protect yourself from possible disease transmission.

This course explains the requirements for complying with this standard as well as provides practical information on the various diseases and protection strategies associated with bloodborne pathogens. The course incorporates the 2001 OSHA revisions to the standard that were made in compliance with the Needlestick Safety and Prevention Act.

This training course has 21 learning modules with a 20-question exam.

**LEARNING OBJECTIVES:**

- Describe what bloodborne pathogens are on a written exam with an accuracy of at least 75%.
- Describe what OSHA's requirements are for protecting workers from infection on a written exam with an accuracy of at least 75%.
- Explain how bloodborne pathogens are spread on a written exam with an accuracy of at least 75%.
- Identify how to minimize exposure incidents on a written exam with an accuracy of at least 75%.
- Explain post-exposure prophylaxis procedures on a written exam with an accuracy of at least 75%.

**COURSE OUTLINE:**

- Key Terms
- Extent of the Problem
- The OSHA Standard
- Routes of Entry
- Bloodborne Diseases of Concern
- Hepatitis B Virus (HBV)
- Hepatitis C Virus (HCV)
- Human Immunodeficiency Virus (HIV)
- Other Infectious Diseases of Concern
- Preventing Infection
- Exposure Control Plan
- Universal Precautions
- Minimizing On-the-Job Risks
- Personal Protective Equipment
- Disinfection & Disposal
- Vaccination
- Labeling
- Training
- Post-Exposure Prophylaxis
- Post-Exposure Responsibilities
- Documentation

**AGENDA:** This course is offered online and is available 24 hours a day, 7 days a week, 365 days a year.

**TEACHING METHODOLOGY & EVALUATION:** This course is a self-paced, Internet-based training. The course contains review exercises and case studies to re-enforce the course content, and students are evaluated via a multiple choice exam. Upon completion of the course, students are prompted to complete a course evaluation.

**Attachment E**
**Sample Course Evaluation Form**

# Evaluation

TargetSafety strives to assure and maintain excellent quality training. Your assistance is helpful in assessing the effectiveness of our programs. Please take a moment to provide us with your feedback.

|  | Excellent | Good | Average | Fair | Poor | N/A |
|---|:---:|:---:|:---:|:---:|:---:|:---:|
| **1. The course covered the subject material thoroughly.** | ○ | ○ | ○ | ○ | ○ | ○ |
| **2. The course was organized and easy to follow.** | ○ | ○ | ○ | ○ | ○ | ○ |
| **3. The key points were easy to review.** | ○ | ○ | ○ | ○ | ○ | ○ |
| **4. How was the ease of taking the course?** | ○ | ○ | ○ | ○ | ○ | ○ |
| **5. How would you rate the quality of the interactive sections?** | ○ | ○ | ○ | ○ | ○ | ○ |
| **6. Did the graphics add to your understanding of the course?** | ○ | ○ | ○ | ○ | ○ | ○ |
| **7. How would you rate the overall quality of the course?** | ○ | ○ | ○ | ○ | ○ | ○ |

|  | Mandatory | Recommended | Voluntary |
|---|:---:|:---:|:---:|
| **8. What were the course requirements?** | ○ | ○ | ○ |

|  | Yes | No |
|---|:---:|:---:|
| **9. Would you recommend this course to others?** | ○ | ○ |

10. Do you have any comments on this course?
Please be specific if you want us to fix something.

If you would like to be contacted by TargetSafety regarding this evaluation,
please include your e-mail address and/or phone number.

Email:

Phone:

## Thank You!
## We appreciate your input

[ Submit ]  [ Reset ]

Copyright© 2004 TargetSafety. All rights reserved.

# EXHIBIT "B"



## Online Fire & EMS Training

10815 Rancho Bernardo Road
Suite 250
San Diego, CA 92127
(858) 592-6880
(858) 487-8762

Orange County Fire Authority
1 Fire Authority Road
Irvine, CA 92602

# Orange County Fire Authority (OCFA) Request for Proposal

Monica and Ruth,

Thank you for the opportunity to offer a proposal on the OCFA contract. Below is information on TargetSafety and why we believe that TargetSafety is uniquely qualified to fill the obligations of this contract.

Started in 1999 and located in San Diego California, TargetSafety is currently serving over 4,900 organizations. Of those organizations, 2,200 are fire departments. In California, TargetSafety is serving over 180 fire departments and over 700 municipalities and cities. Since its inception, TargetSafety has developed into much more than an online training company. Besides the 180 hours of training currently offered, TargetSafety boasts a suite of applications that: assist with risk management, improve communication, and track all compliance and training related tasks for fire departments. The system offers the ability to track and benchmark surveys, record station level training and tasks, track ISO requirements, send out policies that will require an online signature when read and much more. TargetSafety is a C-Corporation. If you have any questions about the service any time, please contact Kyle Kaechele @ 858-829-1816, Kyle@targetsafety.com.

## Why we believe TargetSafety is the best option for OCFA:

1. **Reimbursement Program and Relationship with Santa Ana College (SAC)** – Beginning on January 1st, 2008, TargetSafety will be able to offer college credit toward the Fire science degree at Santa Ana College for all courses completed. The reimbursement program will pay TargetSafety $3.50 for every courses completed through the Santa Ana College reimbursement program. After speaking with Richard Bridges, he informed me that through the TargetSafety relationship, OFCA would be able to submit more hours for reimbursement and receive more money per hour than the current OCFA contract allows ($2.50). TargetSafety would have over 180 hours of training per firefighter available to OCFA for reimbursement through this relationship including EMS, Driver training, Firefighter II, Company Officer, Cal-OSHA, HR etc,. TargetSafety develops approximately 24 new training courses every year that would be available for this program. Furthermore, OCFA can host custom training courses online for reimbursement as well.

2. **CSAC** – CSAC is an insurance carrier for OCFA. TargetSafety is currently in discussions with CSAC to provide training to all of its members including OCFA. Essentially this relationship could help pay for the costs of TargetSafety's services for OCFA. However, the contact is not finalized. The contact would begin on January 1st and would cover the Cal-OSHA training only. A discount would be provided for the EMS and other training to CSAC members.

3. **FAIRA Partnership** – TargetSafety is partnered with FAIRA, another insurance provider for OCFA. Discounts for members are available through this relationship.

4. **California State Firefighters Association partnership** – TargetSafety is the exclusive provider of the CSFA delivering training to it's membership base.

5. **TargetSafety is a California Based Company** - Currently serving over 180 fire departments in California and 700 municipalities, cites, and water districts, TargetSafety is uniquely qualified to serve OCFA. There is more to serving California fire departments than just online training and CE's. TargetSafety's service offers Cal-JAC reporting, a CA reimbursement program (SAC), ISO tracking, CE tracking, custom courses, custom reports with exportable records, station level tracking (hose lays, fit tests, Driver's license, etc,), and much more.

6. **TargetSafety can provide up to 100% of all CE's for EMT's** – TargetSafety is one of two vendors in the state that can provide 100% of the CE's online if necessary for EMT's and paramedics. TargetSafety is CECBEMS approved and CA State approved for EMS CE's. The state has deemed TargetSafety "instructor-based" due to the ability to "ask a question" while in the course and receive a response shortly thereafter. A company must also have a certified paramedic instructor in the state available to answer questions for the users taking the training courses.

7. **TargetSafety has been serving the Fire Industry since 1999** – TargetSafety was one of the first online training companies in the nation. With over 4,900 clients of which 2,200 are fire departments, TargetSafety is the largest provider of online education to the fire industry.

8. **Fire Advisory Board** – TargetSafety has established an advisory board to help oversee content, new content and new applications for the fire industry. The Chairman of the advisory board, Chief Alan Brunacini will be developing training exclusively for TargetSafety on Boss Behavior, Leadership, and customer service. Paul Stein is also a member of the advisory board and will be assisting TargetSafety with the SAC relationship and California Fire related topics.

9. **California Specific Training: Sexual Harassment Training for Supervisors (AB1825) and California Ethics (AB1234)** – TargetSafety develops courses specifically for California clients to help meet the mandated training requirements of California. These two hour supervisor training courses have helped our California clients meet those requirements. OCFA will be able to add their county or department specific policy into the training course as well.

10. **Hazmat First Responder Operations (FRO)** – TargetSafety offers the Hazmat FRO. We know of no other online vendor that offers this training with an LMS, EMS, HR, and Cal-OSHA training courses specific to the fire industry.

11. **National Fire Protection Association (NFPA)** – TargetSafety is the exclusive online training partner of the NFPA. The NFPA also made a $2 million investment in TargetSafety, it's only private financial investment. As a partner, the NFPA oversees TargetSafety's content and applications. All of TargetSafety's courseware is fire specific.

12. **IAFC Partnership** – TargetSafety is a partner of the International Association of Firefighters. TargetSafety has underwritten a $1.5 million grant to the fire service with the IAFC, giving back to the volunteer fire community. TargetSafety also offered free training for events such as the stand down 2006 and 2007 of which 14,000 courses were completed.

13. **Diverse Courseware** – TargetSafety also offers training courses for administration and dispatch. Office safety, office ergonomics, workplace violence stress, Forklift training, hand and power tool, slips, trips, and falls, risk assessment and much more. TargetSafety also offers an 18-course Emergency vehicle driver program. We know of no other vendor that offers fire specific courses in these areas. However, for a large department such as OCFA these courses could mean the difference between compliance and non-compliance. TargetSafety's goal is to offer a one-stop shop for the fire industry.

14. **Custom Courses** – OCFA will have the ability to create courses and test, add policies, protocols and procedures to existing courses as well as other content.

Kyle Kaechele
Director of Sales and Marketing
TargetSafety.com, Inc.
Kyle@targetsafety.com
Direct: (858) 376-1617
Cell: (858) 829-1816



# Online Fire & EMS Training

**TargetSafety Overview**

Located in San Diego, California, TargetSafety is the Exclusive online training partner of the National Fire Protection Association (NFPA) and has been delivering training of the quality and breadth to positively impact fire department workplace behavior since 1999. In California, TargetSafety's online training service is being utilized by over 11,000 EMT's and Firefighters in over 180 fire departments. Along with the NFPA, TargetSafety has partnered with the California Firefighters Association and the International Association of Fire Chiefs to continue its vision of delivering the most high quality and cost effective training programs on the market. **TargetSafety has trained more firefighters online with respect to EMS, Cal-OSHA, fire, fire officer, Safety, Human Resource, FEMA/ Homeland Security, DOT, HazMat and job related subjects than any other web based company.**

Currently TargetSafety is working with Santa Ana College in Orange County to award college credits to its users and offer a reimbursement program for departments in need of a funding source for training.

TargetSafety is the ONLY online vendor that offers 100% of the EMT and paramedic recertification training hours (as instructor-led) and also offers California–OSHA training, Human resource training, Sexual Harassment for Supervisors AB1825, FEMA, DOT, Firefighter I and II, Fire Officer training and much more on one platform. TargetSafety's service offers the ability to host custom content, create custom tests, and host video recorded training events with exams on the content. The system also offers an export feature to upload reports into another existing training database. **This feature can also track station level training not done online and other instructional training or events.**

TargetSafety is uniquely qualified as a web based training organization capable of delivering a complete and effective learning program.

## OVERVIEW

TargetSafety provides an Internet based training platform and loss prevention system to reduce financial costs associated with training and increase coverage and customer service capabilities. This is a comprehensive solution that will: A) track compliance with all training courses, important activities and tasks, B) change unsafe employee behavior, and C) assist Training and EMS Staff to monitor, measure and benchmark key risk metrics to assure compliance with OCFA policies, procedures and standards.

## A) COMPLIANCE ACTIVITY AND TASK TRACKING

The system is a compliance activity and task tracking application that allows its clients the ability to monitor and report on key compliance activities across the entire organization.

This is a flexible online platform designed to assign compliance tasks, monitor completion, "red flag" deficiencies, and provide comprehensive reporting on all compliance activities.

1. The system is capable of tracking ancillary tasks (for example, tracking expiration of driver's licenses and driver health cards or hands on training). The system administrators are capable of creating customized tasks, assigning and tracking each task, and have access to complete reporting online.

2. The system can provide for accountability by having tiered and controlled administrative access for supervisors and managers.

## B) EMPLOYEE TRAINING

*See attached course list for training courses offered*

### OTHER CONTENT ELEMENTS

1. All training courses are interactive multimedia.

2. All training courses are compliant with Cal-OSHA requirements.

3. All Firefighter Courses are compliant with National Fire Protection Association (NFPA) 1500 standards/ 1001/ and 1021.

4. The system allows for adding customized training content and/or policies to any course.

5. Vocabulary is at the 6th grade to 8th grade reading level and key terms exceeding that standard should be defined within the course.

6. Type size and font enhance readability on 14-inch monitors.

7. All courses are consistent in "look and feel" as well as navigation.

8. Course modules last approximately 45 minutes on the average.

9. An EMS Instructor and/or Certified Safety Professional validates course content and each completion certificate includes the professional's signature and credentials.

10. All Courses execute without the need for third party plug-ins of any type.

11. Courses are capable of executing on minimal hardware and software requirements with acceptable execution times using a dial up Internet connection.

12. All Cal-OSHA courses are available in English and Spanish.


## SYSTEM ADMINISTRATION CAPABILITIES

1. The system allows for the housing of additional 'resources.' i.e. PDF files, Word Documents, Excel Spreadsheets, power points, and outside web links. Administrators are able to determine visibility of said resources by department rank, and also have the capability to organize and group all resources within folders by topic.

2. All training courses are available 24 hours a day / 7 days a week.

3. Employees are able to "ask a question" of a training professional at any time during the course session. Should the client desire immediate response to an employee question, the system will allow the employee to send a message to a pager or cell phone of a safety professional within 45 seconds containing the employee's phone number, the employee's name and the course title.

4. The system offers the employee an opportunity to make a safety suggestion at the end of the course.

5. A "bookmark" feature allows employees the opportunity to terminate a course at any time and return to the exact training lesson within the course upon return.

6. The course session includes a test for retention of the material and a means of recording the score.

7. The course test "pass/fail" score allows the client access to set and modify the passing grade score.

8. The client will have access to implement a minimum amount of time required within individual courses.

9. The system is capable of being administered by the client for such functions as entering and deleting employee names, assigning courses and due dates, and running reports; all without need for vendor involvement.

10. The system is able to print out completion certificates at the time and place of completion so the student has hard-copy documentation.

11. The system allows the client the ability to customize and issue in their name all EMS CE certificates.

12. The system allows each employee the opportunity to easily evaluate any completed course on-line, and the results are available to training and risk management professionals.

13. The system allows the client the ability to display a customized message to employees immediately after log-in to assist the department to focus on specific issues and/or make department wide announcements.

14. The vendor will provide the client with a department specific URL for all client employees to access training. Employee access can only require a user name and password that may be determined by each employee or by the administrator.

15. The system allows for each employee the opportunity to register for training using a self registration process. This process will allow each employee to identify his/her department and provide for automatic curriculum assignment based upon job description.

16. Automatically assigned curriculums provide for a multi-year training schedule, with each assigned course having the ability for a start date and due date.

17. The system also offers the ability to create courses and randomized secure tests (more details in course capabilities).

## IV. REPORTING CAPABILITIES

1. The system is capable of generating reports identifying what training has been completed, what has been assigned but not completed, and what is overdue for completion. The reports are capable of being sorted by station and shift.

2. The system allows administrators to establish non-Internet based standard training requirements that can be assigned by the system administrator, tracked and provide for complete reporting online.

3. The system is capable of tracking all training administered to / taken by a given employee, regardless of its source.

4. The system provides for easy download of all training records into an Excel spreadsheet or comma delineated file which can be imported into another existing training records management database.

   Key reports required include but are not limited to the following data:
   - Exception reports (i.e., who has not completed a course on time)
   - Failed courses
   - Number of time a course is accessed
   - Number of time a test is taken
   - Total amount of time (cumulative) spent on the course
   - Passing grade, date completed

## V. OTHER SERVICES AND SUPPORT

1. New recruit and promotional exams: TargetSafety can host exam questions. All data is secure and can not be printed, copied, or emailed.

2. The system is capable of automatically generating monthly email reports to every individual registered on the system. These "email alerts" will act as a reminder to course upcoming and/or courses delinquent.

3. The system is capable of disseminating Weekly Bulletins to each individual on the system and requiring an electronic signature that can be tracked and documented.

4. The system will allow company officers the ability to document training they oversee and track all of the progress (within the scope of the system) of individuals assigned to them

5. The data in the tracking system is the property of the client and is capable of being easily downloaded by the system administrator, at any time.

6. Initial onsite training is available to training personnel of the client in the proper use of the system administrator functions and applications.

7. Ongoing support is available 24/7 via a toll-free telephone number.

8. TargetSafety is capable of converting existing course material for delivery on the electronic training platform.

9. TargetSafety retains all training data for as long as the company is a customer.

10. TargetSafety retains individual employee test questions for retrieval at a later time if requested by the client.

11. Testing Feature – All tests are secure in that the individual is not able to print the test, copy the test, convert the test to a word file, and all tests include a test bank so they will be completely random with new questions introduced on each test.

## C) COLLECTING, ANALYZING AND REPORTING ON KEY RISK METRICS

The system can monitor, measure and mitigate risk across the entire organization.   Using existing paper-based programs and expanding to other risk arenas, the client can reach each supervisor, manager and employee, if appropriate, to determine compliance with client policies, procedures and requirements. This system will:

1. Allow client management personnel the ability to define each area of significant risk to the client organization and define risk metrics for each.

2. Provide for prioritization of specific risks and individual risk metrics to facilitate benchmarking of operations across the client organization.

3. Produce benchmarking analysis tools and reports that effectively compare each operation against all others.

4. Employ a system to aggressively mitigate risks as each deficiency is noted; allowing for tracking and reporting the process of mitigation.

5. Provide tools that allow real-time assessment and management reporting.

**Additionally, TargetSafety offers the following:**

**NFPA Endorsement**
In August 2000, following an extensive review of all vendors by an outside consultant, the NFPA selected TargetSafety to be its exclusive partner for web based awareness level safety training.  Over its 111-year history, the NFPA has allowed only one vendor the right to use the NFPA logo and name.  TargetSafety alone has that privilege.  TargetSafety designs and delivers content of the quality and breadth to meet the strict standards set forth by the NFPA.  No other web based training company today has the endorsement of the NFPA.

## Custom Course Creation

In addition to offering its clients the ability to insert organization specific SOG's, SOP's and other content into TargetSafety courses, TargetSafety clients are afforded the ability to convert organization specific content and courses into the same format as TargetSafety courses, all with the accompanying benefits of interactions, randomized and secure tests and custom certificates.

## TargetSafety's Firefighter Series

Working with both fire department training professionals and the NFPA, we have identified the training courses appropriate for delivery over the Internet to meet the NFPA 1500 awareness level training standards. Additionally, TargetSafety is developing NFPA 1001 (Firefighter 1 and 2) and NFPA 1021 (Company Officer) training courses. These annual refresher courses are designed for first responders and the NFPA has provided us with content experts to review them. We are not aware of any other online training company today that offers this type of customized training content for firefighters and other first responders.

## OSHA Requirements

OSHA has identified two requirements to deliver annual, awareness level safety training over the Internet: 1) each employee engaged in training must be able to "ask a safety question" and receive a response from a trained safety professional; and 2) all training content must allow for some elements that are site specific. TargetSafety has met these requirements and works closely with our clients to ensure that safety training content delivered online will meet the spirit and the letter of OSHA regulation. We are not aware of any other online training organization providing firefighter specific training content that meets these specific OSHA requirements while offering such an extensive breadth of training content.

## EMS Training – California State (Instructor-led) and CECBEMS Approved

Emergency Medical Technician - Basic, Emergency Medical Technician - Intermediate, Emergency Medical Technician – Paramedic training. In Mid-2004 TargetSafety committed to meet this requirement for its fire service customers using its expertise in web based training. TargetSafety now offers CECBEMS approved online EMS training. TargetSafety is the only organization offering EMS CE training online integrated on one platform with NFPA sponsored firefighter specific training, HR, OSHA compliant, HAZMAT, terrorism, driver and safety training.

## First Responder to Terrorist Incident Training

In 2002, TargetSafety and the NFPA introduced a web based training course for first responders responding to a potential terrorist incident. This course was designed in conjunction with professionals from the NFPA, the fire service and US military and it is based upon terrorism training outlined by FEMA. We believe that TargetSafety is the only training organization that offers this critical firefighter training program over the Internet.

# Emergency Vehicle and Fire Apparatus Driving Safety Program

TargetSafety offers a unique program to assist fire departments and organzations to avoid driving accidents and incidents. The online program includes: 1) a management guide to implementing a comprehensive fleet and driving safety program; 2) policy and procedure templates to assist organizations in the development of customized standards; 3) compliance task templates to track and monitor compliance with the department's policies, 4) specific training for supervisors of apparatus and emergency vehicle drivers, and; 5) a two-year, 16 training course curriculum designed for drivers of emergency vehicles and fire apparatus. <u>We believe that TargetSafety is the only training organization that offers this comprehensive driving safety program specifically created for emergency personnel with delivery over the Internet.</u>

## Interactive Training Courses

All TargetSafety courses include multiple 'interactive lessons' to be completed by personnel in order to continue through the course. All TargetSafety courses offer personnel the ability to 'ask a question' of an organizational training, safety, or EMS professional at any time during the course session. All TargetSafety courses also allow personnel an opportunity to make a suggestion at the end of each course and complete an evaluation of each course.

## Document Center and Compliance Tracking

TargetSafety offers clients the ability to upload protocols, policies, procedures, links, power points and other necessary documents to be reviewed by personnel; these can be attached to a training course or be independent resources. By using these features and our reporting tools, each organization can post information, create tests and assign and/or keep track of virtually any action (or inaction) within the organization (i.e. Driver's License renewals, monthly inspections, annual certifications, TargetSafety training, etc.). <u>TargetSafety is the only online training organization that offers compliance tracking capabilities and a document center as part of an integrated platform with NFPA sponsored firefighter specific training, HR, HAZMAT, EMT, terrorism, driver, and safety training.</u>

## Tiered Management System

While TargetSafety offers its clients the ability to assign, monitor and document all TargetSafety and non-TargetSafety training; it also offers the ability to extend management responsibilities and reporting capabilities on a limited level to non-administrative personnel (i.e. shift captains and battalion chiefs or supervisors).

## Collecting, Analyzing and Reporting on Key Risk Metrics

TargetSafety offers clients online tools to monitor measure and mitigate risk across the entire department or organization. Replacing existing paper-based programs and expanding risk analysis to other risk arenas, TargetSafety provides a system that will allow it to reach each supervisor, manager and firefighter, if

appropriate, to determine compliance with all department policies, procedures and requirements. More importantly, each reporting entity can then be benchmarked against all other reporting entities.  There is no other online training organization that offers these types of risk management tools for the fire and emergency management industry.

## Summary

Although training is available to firefighters and emergency responders from many sources, TargetSafety is the only web based organization that offers the Firefighter Series, apparatus and emergency vehicle training for drivers and supervisors, compliance tracking, a customizable document center, customized courses and has had an exclusive partnership with the NFPA.  No other training organization, either online or instructor-led, offers this complete set of training content and services.

There are many additional elements and features of our courseware, our service and our Safety Management System™ that we believe are superior to other Internet based training vendors

1

DECLARATION OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2

3   Case Name:   *Targetsafety.com, Inc. v. CECBEMS, Inc.*
    Case No.:    08-CV-0994 JLS (JMA)

4

5       I am a resident of the state of California, I am over the age of 18 years, and I am not a party
to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California
6   92101. On the date listed below, I served the document(s) entitled:

7   **NOTICE OF LODGMENT IN SUPPORT OF CECBEMS OPPOSITION TO
    PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF**

8

9   ☑       via electronic service to the attorneys of record on file with the U.S. District Court for this
            case, as follows:

10

11  Frank L. Tobin, Esq.                          Attorneys for Plaintiff
    Mathieu G. Blackston
12  Procopio, Cory, Hargreaves & Savitch LLP
    530 B Street, Suite 2100
13  San Diego, CA  92101
    Phone: 619-238-1900
14  Fax: 619-235-0398

15      I declare under penalty of perjury under the laws of the State of California that the above is

16

17  true and correct.

18      Executed August 8, 2008, at San Diego, California.

19

20

21                                      _____
                                        Diane M. Koski

22

23

24

25

26

27

28