1  Keith Zakarin (SBN 126528)
   **DUANE MORRIS** LLP
2  101 West Broadway, Suite 900
   San Diego, CA 92101
3  Telephone: 619.744.2200
   Facsimile: 619.744.2201
4  E-Mail:    kzakarin@duanemorris.com

5  Bradley M. Pinsky (proposed pro hac vice)
   SCICCHITANO & PINSKY, PLLC
6  5789 Widewaters Parkway
   Syracuse, New York  13214
7  Telephone: 315.428.8344
   Facsimile:  315.475.8230

8
   Attorneys for Defendant
9  Continuing Education Coordinating Board For
   Emergency Medical Services
10

11                    **IN THE UNITED STATES DISTRICT COURT**

12                   **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

13

14  TARGETSAFETY.COM, INC., a California          )  Case No.: 08-CV-0994-JLS-JMA
    corporation,                                  )
15                                                )  **NOTICE OF WITHDRAWAL OF**
                      Plaintiff,                  )  **DOCUMENT**
16                                                )
              v.                                  )
17                                                )  Complaint Filed:     June 4, 2008
    CONTINUING EDUCATION COORDINATING             )
18  BOARD FOR EMERGENCY MEDICAL                   )
    SERVICES, INC., a Missouri non-profit corporation )
19  and DOES 1-10,                                )
                                                  )
20                    Defendants.                 )
                                                  )
21

22

23

24

25

26

27

28

On August 8, 2008, Defendant CECBEMS electronically filed the a document in error. The document was entered as Document No. 17, entitled Affidavit in Opposition re [4] Motion for Preliminary Injunction by Elizabeth Sibley re: TRO. The document incorrectly submitted is attached hereto and should be removed from the record as Document No. 17. Defendant CECBEMS will immediately file the correct document.

Dated: August 11, 2008

**DUANE MORRIS LLP**

By:    s/Keith Zakarin
       Keith Zakarin
       Attorneys for Defendant
       Continuing Education Coordinating Board For
       Emergency Medical Services
       E-mail: kzakarin@duanemorris.com

1  Keith Zakarin (SBN 126528)
   **DUANE MORRIS LLP**
2  101 West Broadway, Suite 900
   San Diego, CA 92101
3  Telephone: 619.744.2200
   Facsimile: 619.744.2201
4  E-Mail:    kzakarin@duanemorris.com

5  Bradley M. Pinsky (proposed pro hac vice)
   SCICCHITANO & PINSKY, PLLC
6  5789 Widewaters Parkway
   Syracuse, New York 13214
7  Telephone: 315.428.8344
   Facsimile: 315.475.8230

8
   Attorneys for Defendant
9  Continuing Education Coordinating Board For
   Emergency Medical Services

10

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13                                    )
14  TARGETSAFETY.COM, INC., a California  )  Case No.: 08-CV-0994-JLS-JMA
    corporation,                         )
15                                       )  **NOTICE OF MOTION AND MOTION**
              Plaintiff,                 )  **TO DISMISS ACTION FOR LACK OF**
16                                       )  **GENERAL OR SPECIFIC**
         v.                              )  **JURISDICTION, TO DISMISS**
17                                       )  **SECOND CAUSE OF ACTION AND**
    CONTINUING EDUCATION COORDINATING    )  **TO CHANGE VENUE**
18  BOARD FOR EMERGENCY MEDICAL          )
    SERVICES, INC., a Missouri non-profit corporation )  Date:  October 16, 2008
19  and DOES 1-10,                       )  Time:  1:30 p.m.
                                         )  Dept:  6
20            Defendants.                )  Judge:  Janis L. Sammartino
                                         )  Complaint Filed:    June 4, 2008
21  _____

22

23         Please take notice that on October 16, 2008, Defendant CECBEMS shall move, and hereby

24  does move for an order dismissing plaintiff's complaint for lack of personal jurisdiction over

25  CECBEMS.   Alternatively, CECBEMS moves for an order that venue is improper in this district,

26  and transferring venue to the Northern District of Texas, Dallas Division.   Finally, if personal

27  jurisdiction and venue exist in this district, CECBEMS moves for an order dismissing plaintiff's

28  second cause of action for failure to state a cause of action.  These motions shall be and are based on

DM1\1375586.1
NOTICE OF MOTION AND MOTION TO DISMISS ACTION FOR LACK OF GENERAL OR SPECIFIC JURISDICTION,
TO DISMISS SECOND CAUSE OF ACTION                                      CASE NO.: 08-CV-0994-JLS-JMA

1   Fed. R. Civ. P. 12 (b)(1), Fed. R. Civ. P. 12(b)(2), Fed. R. Civ. P. 12(b)(3), and Fed. R. Civ. P.

2   12(b)(6), the accompanying memorandum of points and authorities and declarations, and the

3   evidence contained in the files of this action before the court.

4       1.      Defendant requests this Honorable Court grant its Motion to Dismiss Plaintiff's

5   Complaint For Lack of General or Specific Jurisdiction over CECBEMS;

6

7       2.      In the alternative, if personal jurisdiction exists, Defendant requests this Honorable

8   Court grants its Motion for Change of Venue;

9

10      3.      . In the alternative, if personal jurisdiction exists, Defendant requests this Honorable

    Court grant its Motion to Dismiss Plaintiff's Second Cause of Action for Breach of Contract.

11  Dated: August 8, 2008                        **DUANE MORRIS** LLP

12

13                                  By:   s/Keith Zakarin
                                          Keith Zakarin
14                                        Attorneys for Defendant
                                          Continuing Education Coordinating Board For
15                                        Emergency Medical Services
                                          E-mail: kzakarin@duanemorris.com
16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name:    *Targetsafety.com, Inc. v. CECBEMS, Inc.*
Case No.:      08-CV-0994 JLS (JMA)

       I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California 92101. On the date listed below, I served the document(s) entitled:

**NOTICE OF MOTION AND MOTION TO DISMISS ACTION FOR LACK OF GENERAL OR SPECIFIC JURISDICTION, TO DISMISS SECOND CAUSE OF ACTION AND TO CHANGE VENUE**

☑    via electronic service to the attorneys of record on file with the U.S. District Court for this case, as follows:

                                                 Attorneys for Plaintiff

Frank L. Tobin, Esq.
Mathieu G. Blackston
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego, CA 92101
Phone: 619-238-1900
Fax: 619-235-0398

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

       Executed August 8, 2008, at San Diego, California.

                                      *Diane M. Koski*
                                      Diane M. Koski

DM1\1370040.1

DECLARATION OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name:    *Targetsafety.com, Inc. v. CECBEMS, Inc.*
Case No.:       08-CV-0994 JLS (JMA)

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 101 West Broadway, Suite 900, San Diego, California 92101. On the date listed below, I served the document(s) entitled:

**NOTICE OF WITHDRAWAL OF DOCUMENT**

☑    via electronic service to the attorneys of record on file with the U.S. District Court for this case, as follows:

Frank L. Tobin, Esq.                                    Attorneys for Plaintiff
Mathieu G. Blackston
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego, CA  92101
Phone: 619-238-1900
Fax:  619-235-0398

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed August 11, 2008, at San Diego, California.

Diane M. Koski

DM1\1370040.1                                                            SACV07-675-JVS (MLGx)