1  Frank L. Tobin (Bar No. 166344)
   Mathieu G. Blackston (Bar No. 241540)
2  PROCOPIO, CORY, HARGREAVES &
      SAVITCH LLP
3  530 B Street, Suite 2100
   San Diego, California 92101
4  Telephone: 619.238.1900
   Facsimile: 619.235.0398
5
   Attorneys for Plaintiff,
6  Targetsafety.Com, Inc.

7

8              UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 TARGETSAFETY.COM, INC., a California         Case No.: 08-CV-0994-JLS-JMA
   corporation,
11                                              NOTICE OF ERRATA TO THE
                  Plaintiff,                    DECLARATION OF KYLE
12                                              KAECHELE IN SUPPORT OF
        v.                                      TARGETSAFETY.COM'S REPLY RE:
13                                              MOTION FOR PRELIMINARY
   CONTINUING EDUCATION COORDINATING            INJUNCTION AND TEMPORARY
14 BOARD FOR EMERGENCY MEDICAL                  RESTRAINING ORDER
   SERVICES, INC., a Missouri non-profit corporation
15 and DOES 1-10                                Date:   October 16, 2008
                                                Time:   1:30 p.m.
16                Defendants.                   Dept:   6
                                                Judge:  Hon. Janis L. Sammartino
17

18       TO THE COURT, THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

19       Plaintiff TargetSafety.Com, Inc. ("TargetSafety") respectfully submits the following

20 errata regarding the Declaration of Kyle Kaechele in Support of TargetSafety.Com's Reply Re:

21 Motion for Preliminary Injunction and Temporary Restraining Order. The corrections noted

22 below are due to typographical errors.

23       1.    Replace hearing date on caption of October 13, 2008 with October 16, 2008.

24       2.    Replace the sentence appearing in Paragraph 8, at lines 5-9, page 3 with the

25 following sentence: "At no time during the application process until in or about April 2008 did

26 Ms. Sibley or anyone from CECBEMS inform me, or to the best of my knowledge anyone at

27 TargetSafety, that a requirement of CECBEMS course-by-course accreditation was that an online

28

                                              1
                              NOTICE OF ERRATA TO THE DECLARATION OF KYLE KAECHELE
113291/000007/955334.01

education provider, such as TargetSafety, must agree to only offer CECBEMS-accredited courses and not offer state-accredited courses."[1]

TargetSafety hereby attaches pages 1 and 3 of the Declaration of Kyle Kaechele in support of TargetSafety.Com's Reply Re: Motion for Preliminary Injunction and Temporary Restraining Order containing the noted corrections. TargetSafety respectfully requests that the Court consider the matters noted herein.

DATED: August 21, 2008

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Frank L. Tobin
Frank L. Tobin
Mathieu G. Blackston
Attorneys for Plaintiff,
TargetSafety.com, Inc.

---

[1] The execution date and location of signing of the Declaration has also been changed to show the actual date that and location where the corrected page was signed.

1  Frank L. Tobin (Bar No. 166344)
   Mathieu G. Blackston (Bar No. 241540)
2  PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
3  530 B Street, Suite 2100
   San Diego, California 92101
4  Telephone: 619.238.1900
   Facsimile: 619.235.0398
5
   Attorneys for Plaintiff,
6  Targetsafety.Com, Inc.

7

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARGETSAFETY.COM, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONTINUING EDUCATION COORDINATING BOARD FOR EMERGENCY MEDICAL SERVICES, INC., a Missouri non-profit corporation, and DOES 1-10<br><br>Defendants. | Case No.: 08-CV-0994-JLS-JMA<br><br>**DECLARATION OF KYLE KAECHELE IN SUPPORT OF TARGETSAFETY.COM'S REPLY RE: MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**<br><br>Date: October 16, 2008<br>Time: 1:30 p.m.<br>Dept: 6<br>Judge: Hon. Janis L. Sammartino |

I, Kyle Kaechele, declare as follows:

1. I am Managing Director for TargetSafety.Com, Inc.'s ("TargetSafety") Prevention Link Services. I have worked for TargetSafety since 2001 and as part of my job duties I have actively developed sales and business opportunities in the sector of TargetSafety's business offering online continuing education courses for emergency medical service ("EMS") professionals.

2. I have personal knowledge of the following facts and would and could testify to them if called upon to do so, with the exception of those matters stated on information and belief and as to those matters I believe them to be true.

3. By the spring of 2006, TargetSafety's online EMS continuing education product had become very popular with EMS professionals. At this time, TargetSafety's online EMS

1

DECLARATION OF KYLE KAECHELE IN SUPPORT OF PLAINTIFF'S REPLY RE: MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

113291/000007/953366.02

8. Later that year, TargetSafety decided to apply for course-by-course accreditation from CECBEMS in order to expand its market share into states where CECBEMS' accreditation is required. At no time during the application process did I inform Ms. Sibley or anyone at CECBEMS that TargetSafety would no longer offer its online continuing courses that had been accredited by state EMS agencies. At no time during the application process until in or about April 2008 did Ms. Sibley or anyone from CECBEMS inform me, or to the best of my knowledge anyone at TargetSafety, that a requirement of CECBEMS course-by-course accreditation was that an online education provider, such as TargetSafety, must agree to only offer CECBEMS-accredited courses and not offer state-accredited courses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of August 2008, at San Diego, California.

_Kyle Kaechele_

3
DECLARATION OF KYLE KAECHELE IN SUPPORT OF PLAINTIFF'S REPLY RE: MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

113291/000007/953366.02

RECEIVED TIME  AUG. 20.  10:00AM

```
 1  Frank L. Tobin (Bar No. 166344)
    Mathieu G. Blackston (Bar No. 241540)
 2  PROCOPIO, CORY, HARGREAVES &
       SAVITCH LLP
 3  530 B Street, Suite 2100
    San Diego, California  92101
 4  Telephone: 619.238.1900
    Facsimile: 619.235.0398
 5
    Attorneys for Plaintiff,
 6  TargetSafety.com
 7
 8                UNITED STATES DISTRICT COURT
 9             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10  TARGETSAFETY.COM, INC., a California    Case No.: 08-CV-0994-JLS-JMA
    corporation
11                                          PROOF OF SERVICE
               Plaintiff,
12                                          Date:   October 16, 2008
    v.                                      Time:   1:30 p.m.
13                                          Dept:   6
    CONTINUING EDUCATION COORDINATING       Judge:  Janis L. Sammartino
14  BOARD FOR EMERGENCY MEDICAL
    SERVICES, INC., a Missouri non-profit corporation
15  and DOES 1-10
16             Defendants.
17
18  I am a resident of the State of California, over the age of eighteen years, and not a party to the
    within action.  My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP,
19  530 "B" Street, Suite 2100, San Diego, California 92101.
20      On August 21, 2008, I served the within documents:
21      -   NOTICE OF ERRATA TO THE DECLARATION OF KYLE KAECHELE
            IN SUPPORT OF TARGETSAFETY.COM'S REPLY RE: MOTION FOR
22          PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING
            ORDER
23
    [ ]  by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the
24       fax number(s) set forth below on this date before 5:00 p.m.  A copy of the transmission
         confirmation report is attached hereto.
25
    [X]  by the Court's Electronic Filing System pursuant to U.S. District Court, Southern
26       District, Local Civil Rule 5.4(c)
27
28
                                                                      PROOF OF SERVICE
    113291/000007/954313.01
```

| | |
|---|---|
| Keith Zakarin<br>Duane Morris LLP<br>101 West Broadway, Suite 900<br>San Diego, CA 92101<br>(619)744-2278<br>(619)744-2201 (fax)<br>kzakarin@duanemorris.com | Attorneys for Defendants Continued Education Coordinating Board for Emergency Medical Services, Inc |

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 21, 2008, at San Diego, California.

*/s/ Barbara Culp*
Barbara Culp

---

2

PROOF OF SERVICE

113291/000007/954313.01