UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TARGETSAFETY.COM, INC. a California corporation )
        Plaintiff )
)
vs. )
)
CONTINUING EDUCATION )
COORDINATING BOARD FOR )
        Defendant )
)

Case No. 08-CV-0994-JLS-JMA

**PRO HAC VICE APPLICATION**

DEFENDANT: CECBEMS
Party Represented

I, Bradley M. Pinsky, Esq. (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Scicchitano & Pinsky, PLLC
Street address: 5789 Widewaters Parkway
City, State, ZIP: Syracuse, New York 13214-1855
Phone number: (315) 428-8344

That on August 1, 2007 (Date) I was admitted to practice before Western District New York (Name of Court) and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [X] have [ ] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application [ ] granted [ ] denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

**DESIGNATION OF LOCAL COUNSEL**

I hereby designate the below named as associate local counsel.

Keith Zakarin      619-744-2201
(Name)             (Telephone)
Duane Morris LLP
(Firm)
101 West Broadway, Suite 900, San Diego, CA 92101
(Street)             (City)            (Zip code)

_____
Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



W. Samuel Hamrick, Jr.
Clerk of Court

_____
By Deputy Clerk
M. Zvers

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**   $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07

DECLARATION OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Targetsafety.com, Inc. v. CECBEMS, Inc.*
Case No.:   08-CV-0994 JLS (JMA)

I am a resident of the state of New York, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 5789 Widewaters Parkway, Syracuse, New York 13214-1855. On the date listed below, I served the document(s) entitled:

**PRO HAC VICE APPLICATION**

on the interested parties in Case No. 08-CV-0994-JLS-JMA by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Frank L. Tobin, Esq.                      Attorneys for Plaintiff
Mathieu G. Blackston
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego, CA  92101
Phone: 619-238-1900
Fax: 619-235-0398

Keith Zakarin, Esq.                       Co-Counsel for Defendant
Duane Morris LLP
101 West Broadway, Ste. 900
San Diego, CA  92101
Phone: 619-744-2200
Fax: 619-744-2201

☒   (BY MAIL): As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Syracuse, New York in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

☒   (FEDERAL): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed August 18, 2008, at Syracuse, New York.

*Nicole Brown*
Nicole Brown

DM1\1379416.1                                                          08-CV-00994-JLS-JMA
                          DECLARATION OF SERVICE